UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

_____
**R.Y.M.R. and Eric Matute Castro,**       )
                                           )
                                  **Plaintiffs,**   )
                                           )
                                        **v.**           )       **No. 1:20-CV-23598**
                                           )
**UNITED STATES OF AMERICA,**              )
                                           )
                                  **Defendants**    )
                                           )
_____       )

## DECLARATION OF LAURA PEREZ

I, Laura Perez, declare the following to be based on my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records of U.S. Immigration and Customs Services ("ICE"), and information supplied to me by current CBP employees:

1. I am employed by ICE as Supervisory Detention and Deportation Officer and have been employed by ICE for 24 years.

2. My duties include conducting investigations for alleged violations of the Immigration laws of the United States.

3. As part of the duties described above, I am familiar with the Form I-213, which, among other things, are a Record of Deportable/Inadmissible alien.

4. Attached hereto is a true and accurate copy of the I-213 for Eric Matute Castro, the plaintiff in the above-captioned action.

1

2

Pursuant to 28 U.S.C. § 1746, I, Laura Perez, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the __28__ day of October 2020.

_____
Laura Perez
U.S. Immigration and Customs Enforcement

.

| U.S. Department of Homeland Security | Subject ID : ▮▮▮▮▮▮ | Record of Deportable/Inadmissible Alien |
|---|---|---|

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| MATUTE-CASTRO, ERIC EDGARDO | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| HONDURAS | | ▮▮▮▮▮ | 69 | 155 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| IN DHS CUSTODY | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 11/13/2017 04:45, OTM, PWA (AFOOT) | | ▮▮▮▮▮▮ | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| DOMICILIO CONOCIDO BARRIO BUENOS AIRES JUTICALPA, HONDURAS | PB UNKNOWN |

| Date of Birth | Age: 33 | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 09/02/1984 | | 11/13/2017 | CHU/SDC | See I-831 | 11/13/2017 05:00 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| JUTICALPA, OLANCHO, HONDURAS | | | ▮▮▮▮▮▮ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 1-HONDURAS |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| MATUTE-GARCIA, JOSE NORBERTO NATIONALITY: HONDURAS ... SEE INFO IN NARRATIVE | CASTRO, BLANCA ... SEE INFO IN NARRATIVE |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|
| | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ▮▮▮▮▮▮          Left Index fingerprint          Right Index fingerprint

SCARS MARKS AND TATTOOS
----------------------
TATTOO ARM, RIGHT UPPER - TATTOO ARM, RIGHT UPPER

Subject Health Status
---------------

Current Criminal Charges
----------------------

...(CONTINUED ON I-831)

▮▮▮▮▮▮
BORDER PATROL AGENT

| Alien has been advised of communication privileges _____ (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE | Officer: ▮▮▮▮▮▮ |
| SDC | on: November 13, 2017 _____ (time) |
| CHU | Disposition: ▮▮▮▮▮▮ |
| | Examining Officer: ▮▮▮▮▮▮ |

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>**MATUTE-CASTRO, ERIC EDGARDO** | File Number<br>▮▮▮▮<br>Event No: ▮▮▮▮ | Date<br>11/13/2017 |

```
11/13/2017 - 8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 212


Current Administrative Charges
------------------------------
11/13/2017 - 212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA



Previous Criminal History
-------------------------
Subject has no criminal history

Records Checked
---------------
▮▮▮▮
▮▮▮▮



FUNDS IN POSSESSION
-------------------
Honduran Lempira 2.00
Mexican Peso 1,140.00
United States Dollar 0.00

At/Near
-------
OTAY MESA, CA



FATHER INFORMATION
------------------
ADDRESS:
    DOMICILIO CONOCIDO BARRIO BUENOS AIRES, JUTICALPA, OLANCHO, HONDURAS


MOTHER INFORMATION
------------------
NATIONALITY: HONDURAS
ADDRESS:
    DOMICILIO CONOCIDO BARRIO BUENOS AIRES, JUTICALPA, OLANCHO, HONDURAS



Record of Deportable/Excludable Alien:
On November 13, 2017, Supervisory Border Patrol Agent ▮▮▮▮▮▮▮▮▮ was performing all-
terrain vehicle duties in the Chula Vista Station's Area of Responsibility.  At
approximately 4:50 a.m., Agent ▮▮▮▮ observed two individuals, one appearing to be a small
child, walking north from the United States/Mexico International Boundary fence, in an area
known to Border Patrol Agents as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  This area is located approximately
two miles east of the Otay Mesa, California, Port of Entry, and approximately twenty yards
north of the United States/Mexico International Boundary.  This area is frequently used by
undocumented immigrants and their foot guides attempting to further their illegal entry
north into the United States.  Agent ▮▮▮▮ approached the individuals
```

| Signature | Title |
|---|---|
| ▮▮▮▮▮▮▮▮ | **BORDER PATROL AGENT** |

_____2_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form I-213 |

| Alien's Name | File Number | Date |
|---|---|---|
| **MATUTE-CASTRO, ERIC EDGARDO** | ▮▮▮▮▮<br>Event No: ▮▮▮▮▮ | 11/13/2017 |

and identified himself as a United States Border Patrol Agent in the English and Spanish languages. He then questioned the individuals as to which country they are citizens and nationals of. One individual, later identified as Eric Edgardo MATUTE-Castro responded that they were both citizens of "Honduras." Agent ▮▮▮ then asked the individuals if they possessed any immigration documents allowing them to enter or remain in the United States legally. MATUTE responded "No." When questioned, MATUTE stated the juvenile with him was his son, ▮▮▮▮▮▮▮▮▮▮▮▮▮. At approximately 5:00 a.m., Agent ▮▮▮ placed both individuals, MATUTE and his son, ▮▮▮ under arrest and arranged to have them transported to the Chula Vista Border Patrol Station for further processing.

At the station, as a routine step in processing, MATUTE's biographical and biometric information was entered into the processing systems. These systems, along with record checks, revealed no criminal or immigration history in the United States. MATUTE and his son were issued the following identifying numbers:

Eric Edgardo MATUTE-Castro:

A#: ▮▮▮▮▮
FBI#: ▮▮▮▮▮
FINS#: ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:

A#: ▮▮▮▮▮

At approximately 7:30 a.m. on November 13, 2017, Border Patrol Agent ▮▮▮▮▮▮▮▮ advised MATUTE of his and his son's consulate communications rights as witnessed by Border Patrol Agent ▮▮▮▮▮▮▮▮▮. MATUTE stated he understood their rights but did not wish to exercise them.

MATUTE was advised that under 8 USC 1001, it is a crime to make a false statement to a Federal Officer and if his statements and documents he provided were found to be false, he may face legal repercussions. MATUTE stated that he understood and that all of his statements were true.

At the station, MATUTE was again questioned as to his and his son's citizenship and nationality, to which he responded "Honduras." MATUTE again stated he and his son do not possess any immigration documents that would allow them to enter or remain in the United States legally. MATUTE stated that they illegally entered the United States on November 13, 2017, at approximately 4:45 a.m. by climbing over the U.S./Mexico International Boundary Fence, east of the Otay Mesa, California, Port of Entry.

MATUTE on behalf of his son ▮▮▮, was advised of all applicable rights as per form I-770. MATUTE acknowledged these rights on behalf of his son. Due to Eric Edgardo MATUTE-Castro and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ family status, parental relationship and physical presence, MATUTE and his son are being processed as a family unit (Expedited Removal). Due to the age of ▮▮▮, his father MATUTE will be answering all questions and signing all applicable paperwork for him.

During processing, MATUTE provided a Honduran national registration card for himself and a copy of a Honduran birth certificate for both he and his son, bearing biographical information.

MATUTE stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

| Signature | Title |
|---|---|
| ▮▮▮▮▮▮▮ | **BORDER PATROL AGENT** |

_3_ of _4_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form <u>I-213</u> |
|---|---|---|
| Alien's Name<br>**MATUTE-CASTRO, ERIC EDGARDO** | File Number<br>▬▬▬▬▬▬<br>Event No: ▬▬▬▬▬▬ | Date<br>11/13/2017 |

MATUTE stated that his friend, ▬▬▬▬▬▬▬▬, is their point of contact in the United States. At approximately 7:15 a.m., on November 13, 2017, Agent ▬▬▬▬▬ attempted to contact ▬▬▬▬ via telephone, no contact was made and an option for a voice mail was not given. MATUTE stated that ▬▬▬▬ is a resident of Jacksonville, Florida and provided the following information:

▬▬▬▬▬▬▬▬▬▬:

▬▬▬▬▬▬▬
Jacksonville, Florida

MATUTE was served with DHS forms ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and a list of free legal services. MATUTE on behalf of his son ▬▬▬▬, was served with DHS forms ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and a list of free legal services.

MATUTE and his son ▬▬▬▬, are being held in DHS custody pending expedited removal ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

*******************************addendum*************************************

Family Unit is being separated due to child safety concerns as per AFOD ▬▬▬▬▬▬▬. The adult traveling with the juvenile(s) cannot be positively identified as having the proper documentation of being the parent. The verification and authentication of the family relationship between the minor children and the adult cannot be validated at this time. Upon EROs receipt of proper documentation, the adult and minor children can be reunited in the future.

Other Identifying Numbers
-----------------------------------
ALIEN-▬▬▬▬▬▬▬

| Signature<br>▬▬▬▬▬▬▬▬▬▬ | Title<br>**BORDER PATROL AGENT** |
|---|---|

<u>4</u> of <u>4</u> Pages

Form I-831 Continuation Page (Rev. 08/01/07)