UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| R.Y.M.R. and Eric Matute Castro, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) No. 1:20-CV-23598 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF JAMES DE LA CRUZ,
SENIOR FEDERAL FIELD SPECIALIST SUPERVISOR,
OFFICE OF REFUGEE RESETTLEMENT

I, James De La Cruz, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 the following, based on my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records of the Department of Health and Human Services ("HHS"), and information supplied to me by current HHS employees:

1. I am the Senior Supervising Federal Field Specialist Supervisor for the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS"). From ORR headquarters in Washington, D.C., I oversee all the ORR federal field specialist staff. The following statements are.

2. HHS maintains a database referred to as the UAC Portal, which contains records created in the normal course of business relating to juveniles in ORR custody. Included within

1

the UAC Portal are records relating to a juvenile's release from ORR custody to the custody of a sponsor.

3. Included as part of these records is the ORR Release Notification and Verification of Release, a true and accurate copy of which are attached hereto as Attachments 1 and 2, respectively, memorializing the release of R.Y.M.R. from ORR custody to his mother on January 29, 2018.

Dated: October 28, 2020
Washington, DC

SIGNED: _____
James De La Cruz, Senior Field
Program Specialist Supervisor

ORR Release Notification

**ORR NOTIFICATION TO ICE CHIEF COUNSEL RELEASE OF UNACCOMPANIED ALIEN CHILD TO SPONSOR AND REQUEST TO CHANGE ADDRESS**

ORR has determined that the below Juvenile Respondent should be released to a sponsor. The Director of the Office of Refugee Resettlement, Department of Health and Human Services requests that the Chief Counsel, Immigration and Customs Enforcement, Department of Homeland Security notify the Executive Office of Immigration Review of the change of address.

| Date of Request: | Name of Requestor | Title | Telephone Number |
|---|---|---|---|
| 01/17/2018 | ■■■■■■ | Case Manager | ■■■■■■ |

**Juvenile Respondent's Alien Number, complete name and aliases, date of birth and claimed country of origin:**

**1. Juvenile respondent's biographical information**

| Name: | ■■■■■■ | A#: | ■■■■■■ |
|---|---|---|---|
| Aliases (if any): | | DOB: | 08/20/2014 |
| Country of Origin: | Honduras | | |

**Juvenile Respondent's prior Address:**

Program Name (if Applicable):    BCFS San Antonio TFC

| Street Address | | | Mailing Address (if different) | | |
|---|---|---|---|---|---|
| ■■■■■■ | | | ■■■■■■ | | |
| City | State | Zip | City | State | Zip |
| San Antonio | TX | 78230 | San Antonio | TX | 78228 |
| Telephone Number | | | Alternate Telephone # | | |

**Juvenile Respondent's new Address:**

Program Name (if Applicable):

| Street Address | | | Mailing Address (if different) | | |
|---|---|---|---|---|---|
| ■■■■■■ | | | | | |
| City | State | Zip | City | State | Zip |
| Miami | FL | ■■■ | | | |
| Telephone Number | ■■■■ | | Alternate Telephone # | | |

**Custodian Information:**

| Name | Title relationship | Telephone Number |
|---|---|---|
| ■■■■■■ | Mother | ■■■■■■ |

The Release is scheduled to take place on :

The next scheduled court appearance for this juvenile is:

ORR certifies that on: the Respondent and Sponsor ware notified that they must inform Immigration Court directly of any further change of address

For releases, notification should be made at least 48 hours in advance. If notification is not made at least 48 hours in advance of release, please explain reason(s) below.

**cc: Attorney of Record**
**DHS/ICE/DRO**

**ORR Release Notification**

**cc: Attorney of Record**
**DHS/ICE/DRO**



U.S. Department of Health and Human Services

Office of Refugee Resettlement
Verification of Release, Rev. 05/29/2015

## OFFICE OF REFUGEE RESETTLEMENT
### Division of Children's Services
### VERIFICATION OF RELEASE

**Name of Minor:** ▇▇▇▇▇▇▇▇▇▇  **Aliases (if any):**

**Minor's Date of Birth:** 08/20/2014   **Minor's A#:** ▇▇▇▇▇

The Office of Refugee Resettlement (ORR) has released the above named minor from Federal custody pursuant to section 462 of the Homeland Security Act of 2002 and section 235 of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 to the care of:

**Name of Sponsor:** ▇▇▇▇▇▇▇

**Aliases (if any):**

**Address:** ▇▇▇▇▇     **Tel#:** ▇▇▇▇

**City:** Miami     **State:** FL     **Zip Code:** ▇▇▇▇

**Relationship to Child:** Mother

## Acknowledgement of the Sponsor Care Agreement

The above named sponsor has agreed to the provisions set forth in the *Sponsor Care Agreement*, pertaining to the minor's care, safety, and well-being, and the sponsor's responsibility for ensuring the minor's presence at all future proceedings before the Department of Homeland Security and the Department of Justice/Executive Office for Immigration Review (EOIR).

### For Internal Use Only

| | |
|---|---|
| Name ORR care provider Facility | BCFS San Antonio TFC |
| Date | 01/29/2018 |

This official U.S. Department Health and Human Services (HHS) Verification of Release form, issued by HHS's Office of Refugee Resettlement (ORR), should be considered as evidence that the above named sponsor was given physical custody of the above named minor on the date indicated on this form, and that the above named sponsor agreed to conditions outlined in a sponsor care agreement, including housing the minor at the address reflected on the form. The Verification of Release form also indicates the date of birth of the above named minor, as determined by HHS based on official documents or, in cases involving missing documentation, on other measures to determine probable age.

According to the Department of Education, all children in the United States are entitled to equal access to a public elementary and secondary education, regardless of their or their parents' actual or perceived national origin, citizenship, or immigration status. This includes recently arrived unaccompanied children, who are in immigration proceedings while residing in local communities with a parent, family member, or other appropriate adult sponsor. While ▇▇▇▇ding with a sponsor, these children have a right under federal law to enroll in public elementary and secondary schools in their local communities and ▇▇▇▇enefit from educational services, as do all children in the U.S.

Department of Education Guidance can be found at: http://www2.ed.gov/policy/rights/guid/unaccompanied-children-2.pdf