**UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF FLORIDA
MIAMI DIVISION**

**ERIC MATUTE CASTRO, on his own behalf and as the representative of his minor son, R.Y.M.R.**

**Plaintiffs,**

**v.** **Case No. 1:20-CV-23598-KMW**

**UNITED STATES OF AMERICA,**

**Defendant.**

**JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

The Parties hereby give notice of filing a Proposed Order Scheduling Mediation, as required by the Court's Scheduling Order, ECF No. 31.

Dated: April 15, 2021

Respectfully submitted,

*/s/ Erica L. Perdomo*
Ian M. Ross, Fla. Bar No. 091214
Erica L. Perdomo, Fla. Bar No. 105466
STUMPHAUZER FOSLID SLOMAN ROSS
& KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
(305) 614-1400
iross@sfslaw.com
eperdomo@sfslaw.com

Jennifer Coberly, Fla. Bar No. 930466
Lisa Lehner, Fla. Bar 382191
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Phone: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
jcoberly@aijustice.org
llehner@aijustice.org

*/s/*
John S. Leinicke
Fla. Bar No. 64927
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Tel.: (305) 961-9212
Fax: (305) 530-7139
john.leinicke@usdoj.gov

Phillip D. MacWilliams
D.C. Bar No. 482883
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285
phil.macwilliams@usdoj.gov

*Counsel for Defendants*

Robert Parks, Fla. Bar No. 61436
Robert L. Parks, P.L.
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel: (305) 445-4430
Fax: (305) 445-4431
BParks@rlplegal.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        */s/ Erica L. Perdomo*
                                                        Erica L. Perdomo

Case 1:20-cv-23598-KMW   Document 34   Entered on FLSD Docket 04/15/2021   Page 3 of 3