UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF FLORIDA
MIAMI DIVISION

**ERIC MATUTE CASTRO, on his own
behalf and as the representative of his
minor son, R.Y.M.R.**

      **Plaintiffs,**

    v.          Case No. 1:20-CV-23598-KMW

**UNITED STATES OF AMERICA,**

      **Defendant.**

**[PROPOSED] ORDER SCHEDULING MEDIATION**

  The mediation conference in this matter shall be held with Ellen Leesfield on September 1, 2021 at 10:00 am at the offices of Stumphauzer Foslid Sloman and Kolaya, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida.

  ENTERED this __ day of April, 2021.

                 _____
                 U.S. District Judge Kathleen M. Williams

Copies furnished:
All counsel of record