**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20cv23598 WILLIAMS / TORRES**


ERIC MATUTE CASTRO and R.Y.M.R.,

      Plaintiffs,

vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

## JOINT MOTION TO HOLD ACTION IN ABEYANCE

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and SDFL Local Rule 7.1, the parties jointly move the Court for an order holding this action in abeyance for a period of sixty (60) days while the parties explore settlement. In support of this motion, the parties respectfully state the following:

Plaintiffs in pending Federal Tort Claims Act lawsuits in multiple district courts related to the separation of families at the United States border (the "Family Separation Cases") are currently engaged in settlement discussions with the United States. The parties in this case are included in those discussions. In order to more fully focus their attention on these settlement efforts, several of the parties in the Family Separation Cases have agreed to seek a stay in each of the cases. *See, e.g., C.M. v. United States*, Case No. 2:19-cv-05217-SRB, ECF No. 104 (D. Ar. filed May 3, 2021) (stipulated stay). Accordingly, the parties request that this action, including all proceedings and case deadlines, be held in abeyance.

Specifically, the parties have agreed to and seek an order from the Court holding this action in abeyance for a period of sixty (60) days, during which the settlement discussions will continue.

1

Good cause exists to grant the instant motion.  The Family Separation cases involve related issues and ongoing settlement discussions in the different cases may require substantial coordination, time, and effort.  Moreover, a stay of the proceedings will conserve the Parties' and the Court's resources, as it will allow the parties to focus their efforts on specifics of resolving this matter, rather than on extensive and potentially costly discovery, and retaining experts that, if settlement is reached, will turn out to be unnecessary.

At the close of this 60-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions.  If an additional abeyance is not sought, the parties request that any existing deadlines be reset for sixty (60) days from the current deadlines.

A proposed Order is submitted contemporaneously to the instant motion.

## CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

I HEREBY CERTIFY that counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance. The party submitting this motion has obtained the permission of all signatories hereto.

Respectfully submitted on  May 19, 2021.

> **JUAN ANTONIO GONZALEZ**
> **ACTING UNITED STATES**
> **ATTORNEY**
>
> By:     */s/ John S. Leinicke*
> JOHN S. LEINICKE
> Assistant United States Attorney
> Fla. Bar No. 64927
> john.leinicke@usdoj.gov
> 99 N.E. 4th Street, Third Floor
> Miami, Florida 33132-2211
> Tel.: (305) 961-9212
> PHILIP D. MACWILLIAMS
> Trial Attorney

2

D.C. Bar No. 482883
phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Tel: (202) 616-4285
*Attorneys for the United States of America*

/s/ *Jennifer Coberly*
Jennifer Coberly, Fla. Bar No. 930466
Lisa Lehner, Fla. Bar 382191
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Phone: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
jcoberly@aijustice.org
llehner@aijustice.org

/s/ *Ian Ross*
Ian M. Ross, Fla. Bar No. 091214
Michael Nadler, Fla. Bar No. 051264
Erica L. Perdomo, Fla. Bar No. 105466
STUMPHAUZER FOSLID SLOMAN ROSS
& KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
(305) 614-1400
iross@sfslaw.com
mnadler@sfslaw.com
eperdomo@sfslaw.com

/s/ *Robert Parks*
Robert Parks, Fla. Bar No. 61436
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel: (305) 445-4430
Fax: (305) 445-4431
BParks@rlplegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *John S. Leinicke*
JOHN S. LEINICKE
Assistant United States Attorney