UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20cv23598 WILLIAMS / TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**JOINT STATUS REPORT AND JOINT MOTION TO EXTEND STAY**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, SDFL Local Rule 26.1(e) and this Court's May 19, 2021 paperless order [Dkt. 38] granting the parties' prior motion to stay [Dkt. 37], the parties, by and through their undersigned counsel jointly:

1) file the following status report; and

2) move the Court for an order extending the current litigation stay by an additional sixty (60) days, during which time the parties will continue to explore settlement.

In support of the requested relief, the parties respectfully state the following:

Plaintiffs in pending Federal Tort Claims Act lawsuits in multiple district courts related to the separation of families at the United States border (the "Family Separation Cases") are currently engaged in settlement discussions with the United States. The parties in this case are included in those discussions. In order to more fully focus their attention on these settlement efforts, earlier this year several of the parties in the Family Separation Cases agreed to seek a stay in each of the cases. Pursuant to this agreement, on May 19, 2021 the parties in the instant case filed a joint motion to stay [Dkt. 37]. The Court granted the parties' motion [Dkt. 38], and stayed this matter

1

for sixty days (through July 19, 2021). The Court further directed the parties to file a status report if, by the end of the sixty-day stay, the parties had not reached a settlement.

Good cause exists to extend the stay this matter. The Family Separation cases involve related issues and ongoing settlement discussions in the different cases may require substantial coordination, time, and effort. Since the initial stay was entered in this matter, the United States, along with a group of counsel who are coordinating negotiations on behalf of plaintiffs and claimants, have engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters.

Wherefore, the parties have agreed to seek an order from the Court extending the current stay in this matter for an additional sixty (60) days from the current expiration date of July 19, 2021, during which the parties' good faith settlement discussions will continue.

A proposed order is submitted contemporaneously to the instant motion.

### CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(a)(3)

I HEREBY CERTIFY that counsel for Plaintiffs and the United States have conferred regarding this status report and motion, and agree to the relief requested herein. The party submitting this document has obtained the permission of all signatories hereto. Respectfully submitted on July 8, 2021.

> JUAN ANTONIO GONZALEZ
> ACTING UNITED STATES ATTORNEY
>
> By:   /s/ John S. Leinicke
> JOHN S. LEINICKE
> Assistant United States Attorney
> Fla. Bar No. 64927

2

john.leinicke@usdoj.gov
99 N.E. 4th Street, Third Floor
Miami, Florida 33132-2211
Tel.: (305) 961-9212
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Tel: (202) 616-4285
*Attorneys for the United States of America*

/s/ *Jennifer Coberly*
Jennifer Coberly, Fla. Bar No. 930466
Lisa Lehner, Fla. Bar 382191
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Phone: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
jcoberly@aijustice.org
llehner@aijustice.org

/s/ *Robert Parks*
Robert Parks, Fla. Bar No. 61436
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel: (305) 445-4430
Fax: (305) 445-4431
BParks@rlplegal.com

*Counsel for Plaintiffs*

/s/ *Ian Ross*
Ian M. Ross, Fla. Bar No. 091214
Michael Nadler, Fla. Bar No. 051264
Erica L. Perdomo, Fla. Bar No. 105466
STUMPHAUZER FOSLID SLOMAN ROSS
& KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
(305) 614-1400
iross@sfslaw.com
mnadler@sfslaw.com
eperdomo@sfslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                                                */s/ John S. Leinicke*
                                                JOHN S. LEINICKE
                                                Assistant United States Attorney