**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20cv23598 WILLIAMS / TORRES**

ERIC MATUTE CASTRO and R.Y.M.R.,

      Plaintiffs,

  vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

**ORDER ON PARTIES' JOINT MOTION TO EXTEND STAY**

**THIS CAUSE** is before the Court on the parties' joint motion to extend the current stay

in this matter.  Upon due consideration of the Motion, and the Court being otherwise fully

advised in the premises, it is:

**ORDERED** that the Motion is **GRANTED**. This case is **STAYED** for a further 60 days

from July 19, 2021.  Should the Parties reach a settlement, the Parties shall promptly file a notice

of settlement. If the Parties have not reached a settlement by the end of the 60-day stay, the

Parties shall file a status report.

**DONE AND ORDERED** in Chambers at Miami, Florida this ____day of July, 2021.


                      _____
                      **KATHLEEN M. WILLIAMS**
                      **UNITED STATES DISTRICT JUDGE**


cc:    Counsel of Record