IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 1:20cv-23598 WILLIAMS / TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF MEDIATION CONFERENCE

PLEASE TAKE NOTICE that mediation has been set as follows:

| | |
|---|---|
| MEDIATOR: | Ellen L. Leesfield |
| LOCATION: | Via Videoconference |
| DATE: | January 20, 2022 |
| TIME: | 10:00 a.m. |

DATED this 8th day of August, 2021.

    Respectfully submitted,

    ELLEN L. LEESFIELD, P.A.
    (Florida Bar No. 278793)
    201 Alhambra Circle, Suite 1205
    Coral Gables, FL. 33134
    Tel: 305.487.7490/Direct: 786.304.1595

    _/s/ Ellen L. Leesfield_
    ELLEN LEESFIELD, MEDIATOR
    Email: ellen@ellenleesfield.com
           adr@ellenleesfield.com

E-Mail: ellen@ellenleesfield.com | Paralegal: Liz@ellenleesfield.com | Assistant: adr@ellenleesfield.com | Web: www.ellenleesfield.com

1501 Venera Avenue, Suite 300, Coral Gables, FL 33146 | Tel: 305.487.7490

CASE NO. 1:20-cv-23598-Wiliams/Torres

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Robert Parks, Esq.
LAW OFFICES OF ROBERT L. PARKS, PL
799 Brickell Plaza, Suite 900
Miami, Florida 33131
BParks@rlplegal.com
*Counsel for Plaintiffs*

Ian M. Ross, Esq.
Erica L. Perdomo, Esq.
STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
iross@sfslaw.com
eperdomo@sfslaw.com
*Counsel for Plaintiffs*

Jennifer Coberly, Esq.
Lisa Lehner, Esq.
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
jcoberly@aijustice.org
llehner@aijustice.org
*Counsel for Plaintiffs*

Phillip D. MacWilliams, Esq.
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044
phil.macwilliams@usdoj.gov
*Counsel for Defendant*

John S. Leinicke, Esq.
U.S. Department of Justice
99 N.E. 4th Street, Third Floor
Miami, Florida 33132-2211
john.leinicke@usdoj.gov
*Counsel for Defendant*

By: _____