UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20cv23598 WILLIAMS / TORRES

**ERIC MATUTE CASTRO and R.Y.M.R.,**

    **Plaintiffs,**

vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## JOINT MOTION TO EXTEND STAY AND JOINT STATUS REPORT

Pursuant to Rules 6(b)(1) and 7(b) of the Federal Rules of Civil Procedure and this Court's July 15, 2021 paperless order [Dkt. 40] granting the parties' prior motion to extend the stay of this case [Dkt. 39], the parties, by and through their undersigned counsel, jointly:

**(1)** File the following updated status report; and

**(2)** Move the Court for an order extending the current litigation stay by an additional sixty (60) days, during which time the parties will continue their good faith settlement negotiations.

### BACKGROUND

Plaintiffs in pending Federal Tort Claims Act lawsuits in multiple district courts related to the separation of families at the United States border (the "Family Separation Cases") are currently engaged in settlement discussions with the United States. The parties in the instant case are included in those discussions. The United States and the group of counsel coordinating negotiations on behalf of plaintiffs and claimants ("Coordinating Counsel") continue to make significant progress in their effort to settle the district court cases nationwide and pending

1

administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration.

In order to more fully focus their attention on these settlement efforts, earlier this year several of the parties in the Family Separation Cases agreed to seek a stay in each of the cases. Pursuant to this agreement, on May 19, 2021 the parties in the instant case jointly moved for a stay of sixty days [Dkt. 37]. The Court granted the parties' motion and stayed this matter through July 19, 2021 [Dkt. 38]. The Court further directed the parties to file a status report if, by the end of the stay, the parties had not reached a settlement.

On July 8, 2021, the parties filed a joint status report and motion to extend the stay for an additional sixty days [Dkt. 39]. The Court granted the parties' motion and extended the stay of this matter through September 17, 2021 [Dkt. 40]. The Court again directed the parties to file a supplemental status report if the parties had not reached a settlement.

## STATUS REPORT

Good cause exists to extend the stay this matter for an additional sixty days beyond the current deadline of September 17, 2021. The parties have directed substantial coordination, time, and effort into the ongoing settlement discussions. During the current stay period, the United States and Coordinating Counsel continued to meet frequently and narrowed their differences on important elements of the settlement framework. However, due to the scale and complexity of the settlement effort, additional time is needed to reach a final agreement. To facilitate these ongoing discussions, the parties jointly request that this action, including all proceedings and case deadlines, be held in abeyance for an additional sixty days.

WHEREFORE, the parties jointly seek an order from the Court extending the current stay in this matter for an additional sixty (60) days beyond the current deadline of September 17, 2021, during which time the parties will continue their good faith settlement discussions.

A proposed agreed order is submitted contemporaneously to the instant motion.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(3)

I HEREBY CERTIFY that counsel for Plaintiffs and the United States have conferred regarding this status report and motion, and agree to the relief requested herein. The party submitting this document has obtained the permission of all signatories hereto.

Respectfully submitted on September 7, 2021.

                                                JUAN ANTONIO GONZALEZ
                                              ACTING UNITED STATES ATTORNEY

By:   */s/ John S. Leinicke*
       JOHN S. LEINICKE
       ASSISTANT UNITED STATES ATTORNEY
       Fla. Bar No. 64927
       john.leinicke@usdoj.gov
       99 N.E. 4th Street, Third Floor
       Miami, Florida 33132-2211
       Tel.: (305) 961-9212
       PHILLIP D. MACWILLIAMS
       TRIAL ATTORNEY
       D.C. Bar No. 482883
       phil.macwilliams@usdoj.gov
       U.S. Department of Justice
       Civil Division, Torts Branch
       Benjamin Franklin Station, P.O. Box 888
       Washington, DC 20044
       Tel.: (202) 616-4285
       *Attorneys for the United States of America*

<table>
<tr><td>

*/s/ Jennifer Coberly*
Jennifer Coberly, Fla. Bar No. 930466
Lisa Lehner, Fla. Bar 382191
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
jcoberly@aijustice.org
llehner@aijustice.org

*/s/ Robert Parks*
Robert Parks, Fla. Bar No. 61436
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel: (305) 445-4430
Fax: (305) 445-4431
BParks@rlplegal.com

*Counsel for Plaintiffs*

</td><td>

*/s/ Ian Ross*
Ian M. Ross, Fla. Bar No. 091214
Michael Nadler, Fla. Bar No. 051264
Erica L. Perdomo, Fla. Bar No. 105466
STUMPHAUZER FOSLID SLOMAN ROSS
& KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
Tel.: (305) 614-1400
iross@sfslaw.com
mnadler@sfslaw.com
eperdomo@sfslaw.com

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ John S. Leinicke*
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY