UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20cv23598 WILLIAMS / TORRES

**ERIC MATUTE CASTRO and R.Y.M.R.,**

    **Plaintiffs,**

  vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

**PLAINTIFFS' *UNOPPOSED* MOTION TO
EXTEND DISCOVERY DEADLINES**

Pursuant to Rules 6(b)(1) and 7(b) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, request that the Court extend certain discovery deadlines set forth in its April 14, 2022 Amended Scheduling Order and July 11, 2022 Order (ECF Nos. 48, 64). In support thereof, Plaintiffs state as follows:

1. On January 10, 2022, the parties filed a Joint Motion for Lift of Stay and Entry of Agreed Scheduling Order that sought to lift the stay previously entered in this case and requested that the Court enter an amended scheduling order. (ECF No. 46.) On or about February 2, 2022, the parties submitted a proposed amended scheduling Order.

2. The Court lifted the stay and entered its Amended Scheduling Order on April 14, 2022. (ECF No 48.). That Order was subsequently amended on July 11, 2022 as to certain expert report deadlines. (ECF No. 64.)

3. Since the Amended Scheduling Orders were entered and the stay was lifted, the parties have continued to exchange written discovery and schedule depositions in this matter. As

1

part of Plaintiff's agreement to grant Defendant additional time in which to respond to Plaintiff's written discovery requests, Defendant has agreed to a two-week extension of the discovery deadline to allow the parties sufficient time to complete depositions after written discovery is complete. The parties have also agreed that Defendant shall have an additional four days, until September 16, in which to serve its Rule 26 expert disclosures, and the parties shall have an additional one day, until September 30, to serve rebuttal expert disclosures.

4. Accordingly, Plaintiffs respectfully request that the Court enter an Order granting (1) Defendant until September 16 in which to serve its Rule 26 expert disclosures, (2) the parties until September 30 to serve rebuttal expert disclosures; and (3) the parties until October 25, 2022 to complete discovery in this matter.

5. Plaintiffs do not anticipate that the extensions sought herein will impact the trial date and are not requesting a continuance of the trial date. This Motion is being filed in good faith and not for purposes of delay.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached Proposed Order granting (1) Defendant until September 16 in which to serve its Rule 26 expert disclosures, (2) the parties until September 30 to serve rebuttal expert disclosures; and (3) the parties until October 25, 2022 to complete discovery in this matter.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(3)

Plaintiffs certify that they have conferred with the United States regarding the relief requested herein, and the United States does not oppose the relief sought herein.

Respectfully submitted on August 8, 2022.

By: */s/ Lisa Lehner*
Lisa Lehner, Fla. Bar 382191
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
llehner@aijustice.org

*s/ Robert Parks*
Robert Parks, Fla. Bar No. 61436
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tel: (305) 445-4430
Fax: (305) 445-4431
BParks@rlplegal.com

SIDLEY AUSTIN LLP
801 Brickell Avenue
Suite 800
Miami, FL  33131
Tel.:    (305) 391-5218
Fax:    (212) 839-5599

By: /s/ Ian M. Ross
Ian M. Ross
Fla. Bar No. 091214
Email: iross@sidley.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ Ian M. Ross
IAN M. ROSS