UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20cv23598 WILLIAMS / TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

**UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT**

Pursuant to S.D. FL Local Rule 11.1(d)(3)(B), undersigned counsel hereby files this Notice of Reassignment as counsel of record for Defendant United States of America. Defendant's prior co-counsel, AUSA Phillip MacWilliams, is no longer counsel of record for Defendant in this matter.

Dated: August 11, 2022

                                          Respectfully submitted,

                                          **JUAN ANTONIO GONZALEZ**
                                          **UNITED STATES ATTORNEY**

By:   *John S. Leinicke*
        JOHN S. LEINICKE
        ASSISTANT UNITED STATES ATTORNEY
        Fla. Bar. 64927
        99 N.E. 4th Street, 3rd Floor
        Miami, Florida 33132
        Tel: (305) 961-9212
        E-mail: john.leinicke@usdoj.gov