UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20cv23598 WILLIAMS / TORRES

**ERIC MATUTE CASTRO and R.Y.M.R.,**

    **Plaintiffs,**

vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## JOINT MOTION FOR CONTINUANCE OF TRIAL AND REMAINING PRETRIAL DEADLINES

Pursuant to Rules 6(b)(1) and 7(b) of the Federal Rules of Civil Procedure, Plaintiffs Eric Matute Castro and R.Y.M.R. and Defendant United States of America jointly request that the Court extend the scheduling deadlines set forth in its April 14, 2022 Amended Scheduling Order (ECF No. 48) and continue the trial date in this matter. In support thereof, the parties state as follows:

1. On January 10, 2022, the parties filed a Joint Motion for Lift of Stay and Entry of Agreed Scheduling Order that sought to lift the stay previously entered in this case and requested that the Court enter an amended scheduling order.  (ECF No. 46.)

2. The Court lifted the stay and entered its Amended Scheduling Order on April 14, 2022. (ECF No. 48.)

3. On August 9, 2022, the Court granted Plaintiffs' Unopposed Motion to Extend Discovery Deadlines, which granted Defendant until September 16 to serve its Rule 26 expert disclosures, the parties until September 30, 2022 to serve rebuttal expert disclosures, and the parties until October 25, 2022 to complete discovery in this matter. (ECF No. 69.)

1

4.      Since the Amended Scheduling Order was entered, the parties have continued to work diligently towards completing discovery. They have exchanged supplemental written discovery requests, served their Rule 26 expert disclosures, conducted several depositions, and produced additional documents. The parties have also sought to narrow several disagreements through meeting and conferring and through an appearance in front of Judge Torres.

5.      Despite the parties' diligence, and as recently observed by Judge Torres during a September 8, 2022 discovery hearing, the parties are unable to complete discovery by the current deadline of October 25, 2022. Several recent events have made clear that additional time is needed and warranted given the unique nature of this matter. The parties have met and conferred and jointly agree that these events have made necessary an extension of the pretrial deadlines and a continuance of the current trial date.

6.      First, the parties have faced difficulties in scheduling depositions. Specifically, Plaintiffs have sought to depose several former government employees who had not yet authorized Defendant to accept service on their behalf. As a result, Defendant has had to locate and attempt to personally serve each of these former employees, which has increased the time the parties have needed to arrange depositions.

7.      Second, defense counsel, who took two weeks of family medical leave in July, will be taking additional family medical leave from October 13, 2022 until January 2023. To accommodate defense counsel's leave, the parties have agreed to proceed only with written discovery and to resume depositions in January 2023, with discovery to close on March 17, 2023.

8.      Third, on September 20, 2022, Defendant served its Rule 26 expert disclosures on Plaintiffs. On September 28, 2022, Plaintiffs served Defendant with requests for production for materials related to Defendant's expert reports, including Defendant's expert's notes, in advance of

the rebuttal expert disclosure deadline. However, to allow Plaintiffs to receive those materials, the parties respectfully request that this Court enter an order extending the rebuttal expert disclosure deadline to November 4, 2022.

9. Accordingly, the parties respectfully request that the Court enter an order extending the rebuttal expert disclosure deadline to November 4, 2022, extending the discovery deadline to March 17, 2023, and extending the remaining deadlines proportionately, such that: dispositive pre-trial motions, motions to strike or exclude expert testimony, and one motion in limine per side are due June 16, 2023; joint pre-trial stipulations, exhibit lists, witness lists, deposition designations, and proposed statement of fact and conclusions of law are due on August 18, 2023; and trial is set for October 9, 2023.

10. The parties are not requesting an extension of the October 28, 2022 mediation deadline at this time.

11. Because the parties (i) have been diligently pursuing discovery since the Court entered its Amended Scheduling Order in April 2022, (ii) have faced the above-described challenges in completing discovery by the October 25, 2022 discovery deadline, and (iii) are now jointly requesting this extension three weeks before the October 25, 2022 discovery deadline, the parties respectfully submit that they have demonstrated good cause sufficient to warrant an extension of the trial date and remaining pre-trial deadlines. No party will be unduly prejudiced by the Court granting the relief requested in the Motion.

12. This Motion is being filed in good faith and not for purposes of delay. Pursuant to Local Rule 7.6, an affidavit supporting this Motion is attached here.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached Proposed Order extending the scheduling deadlines.

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(3)**

Plaintiffs certify that they have conferred with the United States regarding the relief requested herein, and the United States jointly seeks the relief sought herein.

Respectfully submitted on October 11, 2022.

/s/ Ian M. Ross
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
801 Brickell Avenue, Suite 800
Miami, FL 33131
Tel.: (305) 391-5218
Fax: (212) 839-5599
iross@sidley.com

Lee Gelernt*
Daniel A. Galindo*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2654
lgelernt@aclu.org
dgalindo@aclu.org

*Admitted Pro Hac Vice

Stephen B. Kang*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 343-1198
Fax: (415) 395-0950
*skang@aclu.org*

Katherine Holloway Blankenship (Fla. Bar No. 1031234)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street Suite 400
Coral Gables, Florida 33134
Tel.: (615) 796-9027
*kblankenship@aclufl.org*

Lisa Lehner (Fla. Bar 382191)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
*llehner@aijustice.org*

Robert Parks (Fla. Bar No. 61436)
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
Tel: (305) 445-4430
Fax: (305) 445-4431
*bob@garaylawfirm.com*

Alexander A. Reinert*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel: (646) 592-6543
*areinert@yu.edu*

Geoffrey R. Chepiga*
Hallie S. Goldblatt*
Jacqueline P. Rubin*
Steven C. Herzog*
Jing Yan*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
*gchepiga@paulweiss.com*
*hgoldblatt@paulweiss.com*
*jrubin@paulweiss.com*
*sherzog@paulweiss.com*
*jyan@paulweiss.com*

*Attorneys for Plaintiffs*

*/s/  John S. Leinicke*
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 64927
john.leinicke@usdoj.gov
99 N.E. 4th Street, Third Floor
Miami, Florida 33132-2211
Tel.: (305) 961-9212

*Attorney for Defendant*

7

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: <u>/s/ Ian M. Ross</u>
IAN M. ROSS