IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 1:20-cv-23598 WILLIAMS / TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

      Plaintiffs,

vs.

UNITED STATES OF AMERICA,

      Defendant.
_____/

## MEDIATION REPORT AND NOTICE OF ADJOURNMENT

Ellen Leesfield, the mediator in this case, hereby submits the following Mediation Report and Notice of Adjournment:

1. On October 18, 2022, counsel and the parties in the above-referenced case convened via Zoom for a mediation conference in this case.

2. All parties were present for the mediation.

3. The parties have adjourned pending a continued mediation to be held on June 29, 2023, and the mediation was concluded.

DATED this 19th day of October, 2022.

      Respectfully submitted,

      ELLEN L. LEESFIELD, P.A.
      (Florida Bar No. 278793)
      1501 Venera Ave., Suite 300
      Coral Gables, FL. 33146
      Tel: 305.487.7490/Direct: 786.304.1595

      *Ellen L. Leesfield*
      ELLEN LEESFIELD, MEDIATOR
      Email: ellen@ellenleesfield.com

CASE NO. 1:20-cv-23598-Wiliams/Torres

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of October, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Robert Parks, Esq.
LAW OFFICES OF ROBERT L. PARKS, PL
799 Brickell Plaza, Suite 900
Miami, Florida 33131
BParks@rlplegal.com
*Counsel for Plaintiffs*

Ian M. Ross, Esq.
Erica L. Perdomo, Esq.
STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
iross@sfslaw.com
eperdomo@sfslaw.com
*Counsel for Plaintiffs*

Jennifer Coberly, Esq.
Lisa Lehner, Esq.
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
jcoberly@aijustice.org
llehner@aijustice.org
*Counsel for Plaintiffs*

Phillip D. MacWilliams, Esq.
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044
phil.macwilliams@usdoj.gov
*Counsel for Defendant*

John S. Leinicke, Esq.
U.S. Department of Justice
99 N.E. 4th Street, Third Floor
Miami, Florida 33132-2211
john.leinicke@usdoj.gov
*Counsel for Defendant*

By: /s/ Ellen Leesfield
    Ellen Leesfield

E-Mail: ellen@ellenleesfield.com | Paralegal: Liz@ellenleesfield.com | Assistant: adr@ellenleesfield.com | Web: www.ellenleesfield.com
1501 Venera Avenue, Suite 300, Coral Gables, FL 33146 | Tel: 305.487.7490