## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No: 20-CV-23598-WILLIAMS/TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

        Plaintiffs,

    vs.

UNITED STATES OF AMERICA,

        Defendant.

_____/

### JOINT NOTICE OF DEPOSITION SCHEDULE

Plaintiffs, Eric Matute Castro and R.Y.M.R., together with Defendant, United States of America, submit this Deposition Schedule in accordance with the Court's Paperless Order [D.E. 91] issued on October 19, 2022.

**Depositions requested by Plaintiffs**:

1. Angel Menchaca: January 24, 2023;[1]

2. Teresa Brooks: January 26, 2023;

3. Maria Chairez: February 3, 2023;

4. Gladys Martinez: February 6, 2023;

5. A Health and Human Services (HHS) witness:[2] February 13, 2023;

---

[1] While this date was agreed to between the parties, the parties have not been able to confirm this date with the private party deponent prior to the filing of this Deposition Schedule.

[2] Plaintiffs have noticed the deposition of Captain Jonathan White. Captain White has been deposed in *C.M.* v. *United States*, 2:19-cv-05217-SRB (D. Ariz.), and that deposition transcript has been provided to Plaintiffs. Defendant opposes the deposition of Captain White in this case. The parties are in the process of negotiating this issue. Accordingly, the parties include a placeholder date for Captain White or another possible HHS witness. Plaintiffs reserve all rights.

6.  An ICE Rule 30(b)(6) witness: February 15, 2023;[3]

7.  Joel Mata, Richard Abend, Gregory Archambeault, John Garzon, or another deponent:[4]

   February 17, 2023; and

8.  Dr. Edmi Cortes (Defendant's expert witness): February 21, 2023.

**Depositions requested by Defendant**:

1.  R.Y.M.R.: February 22, 2023;[5]

2.  Dr. C. Nicholas Cuneo (Plaintiffs' expert): February 27, 2023;

3.  Dr. Ileana Fuentes (Plaintiff R.Y.M.R.'s treating physician): February 23, 2023;[6]

4.  Paula Rojas (Plaintiff R.Y.M.R.'s treating mental health counselor): February 24, 2023;[7]

5.  Solange Sabeta (Plaintiff Castro's treating mental health counselor): February 24, 2023.[8]

Respectfully submitted,

/s/ Ian M. Ross_____
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
801 Brickell Avenue, Suite 800
Miami, FL 33131

---

[3] Plaintiffs have noticed a 30(b)(6) deposition.  The parties are currently negotiating the topics to which the Rule 30(b)(6) designee will testify.  Once the topics are settled, a specific witness (or witnesses) and date will be identified.  A tentative date is provided for purposes of this Deposition Schedule.

[4] Based on testimony at the preceding depositions, Plaintiffs will select a deponent of their choice.

[5] Defendant would prefer if the minor Plaintiff, R.Y.M.R, would not have to testify in this case and has requested that Plaintiffs confirm that R.Y.M.R. will not testify should this case proceed to trial.  As of the filing of this Deposition Schedule, however, Plaintiffs have not confirmed whether R.Y.M.R. will be medically prepared to testify, which will be based on further medical evaluation.  Accordingly, he is included in this Deposition Schedule in an abundance of caution.  The parties reserve all rights with respect to a deposition of the minor Plaintiff or the exclusion of his testimony at trial.

[6] While this date was agreed to between the parties, the parties have not been able to confirm this date with the private party deponent prior to the filing of this Deposition Schedule.

[7] While this date was agreed to between the parties, the parties have not been able to confirm this date with the private party deponent prior to the filing of this Deposition Schedule.

[8] While this date was agreed to between the parties, the parties have not been able to confirm this date with the private party deponent prior to the filing of this Deposition Schedule.

Tel.:  (305) 391-5218
Fax:  (212) 839-5599
*iross@sidley.com*

Lee Gelernt*
Daniel A. Galindo*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel.:  (212) 549-2660
Fax:  (212) 549-2654
*lgelernt@aclu.org*
*dgalindo@aclu.org*

*Admitted Pro Hac Vice

Stephen B. Kang*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.:  (415) 343-1198
Fax:  (415) 395-0950
*skang@aclu.org*

Katherine Holloway Blankenship (Fla. Bar No.
1031234)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street Suite 400
Coral Gables, Florida 33134
Tel.:  (615) 796-9027
*kblankenship@aclufl.org*

Lisa Lehner (Fla. Bar 382191)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.:  (305) 573-1106 Ext. 1995
Fax:  (305) 576-6273
*llehner@aijustice.org*

Robert Parks (Fla. Bar No. 61436)
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
Tel:  (305) 445-4430
Fax:  (305) 445-4431
*bob@garaylawfirm.com*

Alexander A. Reinert*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel:  (646) 592-6543
*areinert@yu.edu*

Geoffrey R. Chepiga*
Hallie S. Goldblatt*
Jacqueline P. Rubin*
Steven C. Herzog*
Jing Yan*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000
*gchepiga@paulweiss.com*
*hgoldblatt@paulweiss.com*
*jrubin@paulweiss.com*
*sherzog@paulweiss.com*
*jyan@paulweiss.com*

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

**<u>Anthony Erickson-Pogorzelski</u>**
ANTHONY ERICKSON-POGORZELSKI
ASSISTANT U.S. ATTORNEY
(for JOHN S. LEINICKE)
ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296
Fla. Bar 619884
Email: anthony.pogorzelski@usdoj.gov