UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ERIC MATUTE CASTRO, on his own behalf and as the representative of his minor son, R.Y.M.R., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:20-cv-23598-KMW-EGT <br><br> **PLAINTIFFS' MOTION TO FILE UNDER SEAL UNREDACTED NOTICE OF COMPLIANCE RE: MARCH 9, 2023 DISCOVERY HEARING** |

### PLAINTIFFS' MOTION TO FILE UNDER SEAL UNREDACTED NOTICE OF COMPLIANCE

Pursuant to Local Rule 5.4 of the Southern District of Florida and the protective order governing this case ("Protective Order," ECF No. 32), Plaintiffs respectfully move for leave to file under seal the unredacted version of Plaintiffs' Notice of Compliance, concurrently filed.

The unredacted brief describes certain documents that Defendant produced in discovery and designated as confidential pursuant to the Protective Order. These documents consist of (1) excerpts from the deposition of Maria Chairez, which is currently treated as confidential until 30 days after the official transcript, see ECF No. 32 ¶ 6; and (2) emails, memoranda, and other correspondence among Defendant's officers concerning Plaintiffs' separation, and other similar documents. Plaintiffs take no position on the duration of any sealing of these records.

Plaintiffs have filed a redacted version of the Notice of Compliance on the public docket, concurrent with this Motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion.

Plaintiffs emailed Defendant's counsel at 11:04 AM EST before filing this Motion, but was not able to receive Defendant's position before filing.

1

Dated: March 6, 2023

/s/ Ian M. Ross
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
801 Brickell Avenue, Suite 800
Miami, FL 33131
Tel.: (305) 391-5218
Fax: (212) 839-5599
*iross@sidley.com*

Lee Gelernt*
Daniel A. Galindo*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2654
*lgelernt@aclu.org*
*dgalindo@aclu.org*

Stephen B. Kang*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 343-1198
Fax: (415) 395-0950
*skang@aclu.org*

Katherine Holloway Blankenship (Fla. Bar No. 1031234)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street Suite 400
Coral Gables, Florida 33134
Tel.: (615) 796-9027
kblankenship@aclufl.org

Lisa Lehner (Fla. Bar 382191)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
*llehner@aijustice.org*

Robert Parks (Fla. Bar No. 61436)
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
Tel: (305) 445-4430

2

Fax: (305) 445-4431
*bob@garaylawfirm.com*

Alexander A. Reinert*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel: (646) 592-6543
*areinert@yu.edu*

Geoffrey R. Chepiga*
Hallie S. Goldblatt*
Jacqueline P. Rubin*
Steven C. Herzog*
Jing Yan*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
*gchepiga@paulweiss.com*
*hgoldblatt@paulweiss.com*
*jrubin@paulweiss.com*
*sherzog@paulweiss.com*
*jyan@paulweiss.com*

Andrew J. Topal*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
*Atopal@paulweiss.com*

**Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| ERIC MATUTE CASTRO, on his own behalf and as the representative of his minor son, R.Y.M.R., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:20-cv-23598-KMW-EGT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Seal was served via the U.S. District Court for the Southern District of Florida's electronic filing system on March 6, 2023, on counsel for Defendant United States of America.  Service via the Court's electronic filing system is permitted under Federal Rule of Civil Procedure 5(b)(2)(E) and S.D. Fla. Local Rule 5.1(e).

Dated: March 6, 2022

 /s/ Ian M. Ross
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
801 Brickell Avenue, Suite 800
Miami, FL 33131
Tel.:  (305) 391-5218
Fax:  (212) 839-5599
*iross@sidley.com*

4