UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 1:20-cv-23598-KMW

ERIC MATUTE CASTRO and R.Y.M.R.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### FILING OF DEPOSITION NOTICE

Plaintiffs, Eric Matute Castro and R.Y.M.R., submit the attached Notice of Deposition for Gladys Martinez in accordance with the Court's Paperless Order [D.E. 109] issued on April 12, 2023.

Dated: April 19, 2023

Respectfully submitted,

By: /s/ *Ian M. Ross*_____
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101
*iross@sidley.com*

Lee Gelernt*
Daniel A. Galindo*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2654
*lgelernt@aclu.org*

*dgalindo@aclu.org*
\*Admitted Pro Hac Vice

Stephen B. Kang\*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 343-1198
Fax: (415) 395-0950
*skang@aclu.org*

Katherine Holloway Blankenship (Fla. Bar No. 1031234)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street Suite 400
Coral Gables, Florida 33134
Tel.: (615) 796-9027
*kblankenship@aclufl.org*

Lisa Lehner (Fla. Bar 382191)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
*llehner@aijustice.org*

Robert Parks (Fla. Bar No. 61436)
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
Tel: (305) 445-4430
Fax: (305) 445-4431
*bob@garaylawfirm.com*

Alexander A. Reinert\*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel: (646) 592-6543
*areinert@yu.edu*

Geoffrey R. Chepiga\*
Hallie S. Goldblatt\*

2

Jacqueline P. Rubin*
Steven C. Herzog*
Jing Yan*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000
*gchepiga@paulweiss.com*
*hgoldblatt@paulweiss.com*
*jrubin@paulweiss.com*
*sherzog@paulweiss.com*
*jyan@paulweiss.com*

Andrew J. Topal*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel:  (202) 223-7300
*atopal@paulweiss.com*