**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| ERIC MATUTE CASTRO, on his own behalf and as the representative of his minor son, R.Y.M.R., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:20-cv-23598-KMW |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF MOTION TO EXTEND AND REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING RECALCITRANT WITNESS**

Pursuant to Local Rule 5.4 of the Southern District of Florida, Plaintiffs respectfully move for leave to file under seal certain exhibits in support of Plaintiffs' Motion to Extend and Reopen Discovery for the Limited Purpose of Deposing Recalcitrant Witness [ECF No. 106].

Exhibit L to Plaintiffs' Motion is comprised of documents sent to Plaintiffs' counsel from the U.S. Attorney's Office for the Southern District of Florida purporting to be Ms. Gladys Martinez's physician describing her medical condition. Defendant has requested that these documents be filed under seal for purposes of protecting Ms. Martinez's privacy interests, as they purport to contain information concerning her health conditions. Plaintiffs take no position on the duration of any sealing of these records.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion.

On April 19, 2023, Defendant's counsel stated that Defendant has no opposition to this motion.

1

Dated: April 19, 2023                                  Respectfully submitted,

  /s/ *Ian M. Ross*
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101
*iross@sidley.com*

Lee Gelernt*
Daniel A. Galindo*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2654
*lgelernt@aclu.org*
*dgalindo@aclu.org*

Stephen B. Kang*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 343-1198
Fax: (415) 395-0950
*skang@aclu.org*

Katherine Holloway Blankenship (Fla. Bar
No. 1031234)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street Suite 400
Coral Gables, Florida 33134
Tel.: (615) 796-9027
kblankenship@aclufl.org

Lisa Lehner (Fla. Bar 382191)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
*llehner@aijustice.org*

Robert Parks (Fla. Bar No. 61436)
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
Tel: (305) 445-4430
Fax: (305) 445-4431

*bob@garaylawfirm.com*

Alexander A. Reinert*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel: (646) 592-6543
*areinert@yu.edu*

Geoffrey R. Chepiga*
Hallie S. Goldblatt*
Jacqueline P. Rubin*
Steven C. Herzog*
Jing Yan*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
*gchepiga@paulweiss.com*
*hgoldblatt@paulweiss.com*
*jrubin@paulweiss.com*
*sherzog@paulweiss.com*
*jyan@paulweiss.com*

Andrew J. Topal*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
*Atopal@paulweiss.com*

**Admitted Pro Hac Vice*

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| ERIC MATUTE CASTRO, on his own behalf and as the representative of his minor son, R.Y.M.R., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:20-cv-23598-KMW |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Seal was served via the U.S. District Court for the Southern District of Florida's electronic filing system on April 19, 2023, on counsel for Defendant United States of America. Service via the Court's electronic filing system is permitted under Federal Rule of Civil Procedure 5(b)(2)(E) and S.D. Fla. Local Rule 5.1(e).

Dated: April 19, 2023

/s/ *Ian M. Ross*
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel.: (305) 391-5100
Fax: (305) 391-5101
*iross@sidley.com*