**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ERIC MATUTE CASTRO and R.Y.M.R.,

    Plaintiffs,

vs.                                   **Case No: 1:20-cv-23598-KMW**

UNITED STATES OF AMERICA,

    Defendant.

_____/

**NOTICE OF FILING EXHIBIT TO PLAINTIFFS'**
**MOTION TO EXTEND AND REOPEN DISCOVERY**

    Plaintiffs, Eric Matute Castro and R.Y.M.R., submit the attached Exhibit 1 in accordance with the Court's Paperless Order [D.E. 112] issued on April 25, 2023.

Dated: April 26, 2023                         Respectfully submitted,

                                                  /s/ Ian M. Ross
                                                  Ian M. Ross (Fla. Bar No. 091214)
                                                  SIDLEY AUSTIN LLP
                                                  1001 Brickell Bay Drive, Suite 900
                                                   Miami, FL 33131
                                                  Tel.:  (305) 391-5100
                                                  Fax:  (305) 391-5101
                                                  *iross@sidley.com*

                                                  Lee Gelernt*
                                                  Daniel A. Galindo*
                                                  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                                  IMMIGRANTS' RIGHTS PROJECT
                                                  125 Broad St., 18th Floor
                                                  New York, NY 10004
                                                  Tel.:  (212) 549-2660
                                                  Fax:  (212) 549-2654
                                                  *lgelernt@aclu.org*
                                                  *dgalindo@aclu.org*
                                                  *Admitted Pro Hac Vice

Stephen B. Kang*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 343-1198
Fax: (415) 395-0950
*skang@aclu.org*

Katherine Holloway Blankenship (Fla. Bar No. 1031234)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street Suite 400
Coral Gables, Florida 33134
Tel.: (615) 796-9027
*kblankenship@aclufl.org*

Lisa Lehner (Fla. Bar 382191)
AMERICANS FOR IMMIGRANT JUSTICE
6355 NW 36 Street, Suite 2201
Miami, FL 33166
Tel.: (305) 573-1106 Ext. 1995
Fax: (305) 576-6273
*llehner@aijustice.org*

Robert Parks (Fla. Bar No. 61436)
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
Tel: (305) 445-4430
Fax: (305) 445-4431
*bob@garaylawfirm.com*

Alexander A. Reinert*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel: (646) 592-6543
*areinert@yu.edu*

Geoffrey R. Chepiga*
Hallie S. Goldblatt*
Jacqueline P. Rubin*

Steven C. Herzog*
Jing Yan*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000
*gchepiga@paulweiss.com*
*hgoldblatt@paulweiss.com*
*jrubin@paulweiss.com*
*sherzog@paulweiss.com*
*jyan@paulweiss.com*

Andrew J. Topal*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel:  (202) 223-7300
*atopal@paulweiss.com*

3