# ADDENDUM TO PLAINTIFFS' MOTION TO EXTEND AND REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING RECALCITRANT WITNESS

**TABLE OF CONTENTS**

| EXHIBIT | DOCUMENT |
|---|---|
| A | Email from Gladys Martinez (Nov. 18, 2017) (MATUTE_GOV_029222) **(FILED UNDER SEAL)** |
| B | Defendant's Response to Plaintiffs' Interrogatory No. 12<br>Defendant's Response to Plaintiffs' Interrogatory No. 13 |
| C | Email from L. Gelernt to J. Leinicke (Aug. 28, 2022) |
| D | Email from A. Topal to J. Leinicke (Aug. 30, 2022)<br>Email from J. Leinicke to A. Topal (Aug. 29, 2022) |
| E | Email from A. Erickson-Pogolorzelski to L. Gelernt (Nov. 28, 2022) |
| F | Email from J. Leinicke to A. Topal (Feb. 1, 2023)<br>Email from J. Leinicke to H. Schoen (Jan. 27, 2023) |
| G | Email from H. Schoen to J. Leinicke (Feb. 3, 2023) |

| H | Email from J. Rubin to J. Leinicke (Feb. 28, 2023) |
|---|---|
| I | Email from J. Leinicke to L. Gelernt (Mar. 7, 2023) |
| J | Email from J. Leinicke to A. Topal (Mar. 15, 2023) |
| K | Email from J. Leinicke to L. Gelernt (Apr. 4, 2023)<br>Email from J. Leinicke to A. Topal (Mar. 31, 2023)<br>Email from A. Topal to J. Leinicke (March 30, 2023)<br>Email from J. Leinicke to S. Herzog (Mar. 29, 2023) |
| L | Notes from Dr. Ramin Raiszadeh **(FILED UNDER SEAL)** |
| M | Defendant's Response to Plaintiffs' Request for Admission No. 2 |
| N | Defendant's Response to Plaintiffs' Interrogatory No. 4 |
| O | Defendant's Amended Response to Plaintiffs' Interrogatory No. 4 |
| P | Excerpts from Maria Chairez Deposition<br>(Feb. 7, 2023) **(FILED UNDER SEAL)** |
| Q | Affidavit of Non Service of T. Barrett (Mar. 10, 2023). |

# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20cv23598 WILLIAMS / TORRES**

ERIC MATUTE CASTRO and R.Y.M.R.,

        Plaintiffs,

   vs.

UNITED STATES OF AMERICA,

        Defendant.

_____/

### DEFENDANT UNITED STATES' RESPONSES TO
### PLAINTIFFS' SECOND SET OF INTERROGATORIES

        Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and SDFL Local Rule 26.1(e), Defendant United States of America, by and through its undersigned counsel, hereby responds to Plaintiffs' Second Set of Interrogatories dated July 8, 2022. As the Interrogatories are directed to multiple agencies, the responses expressly designate what agency the response is from (e.g., CBP is indicated when the response is from Customs and Border Protection; ICE is indicated when the response is from Immigration and Customs Enforcement, and HHS is indicated when the response is from Health and Human Services).

Dated this August 22, 2022.

                        JUAN ANTONIO GONZALEZ
                        UNITED STATES ATTORNEY

         By:    *John S. Leinicke*_____
                JOHN S. LEINICKE
                ASSISTANT UNITED STATES ATTORNEY
                Fla. Bar. 64927
                99 N.E. 4th Street, 3rd Floor
                Miami, Florida 33132
                Tel: (305) 961-9212
                E-mail: john.leinicke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, I sent via e-mail an electronic version of this document to attorneys of record in this case.

_John S. Leinicke_
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY

In an e-mail dated November 15, 2017, ERO San Diego made a recommendation to separate Mr. Matute Castro and R.Y.M.R. due to the inability to authenticate the documents presented by Mr. Matute Castro and because R.Y.M.R. (age 3) was too young to question and provide statements. On November 16, 2017, ERO SND was unable to verify the parental relationship and AFOD approval was given to separate Mr. Matute Castro and R.Y.M.R. for the safety of the child.

12. **Identify all agents, officers, or employees of Defendant who were involved in or responsible for investigating, reviewing, or verifying whether Eric Matute Castro was R.Y.M.R.'s parent or legal guardian, and the actions each took.**

RESPONSE:

ICE: The following ERO SND employees have been identified:

- Juvenile Coordinator DO Maria Chairez, investigated the relationship between Mr. Matute Castro and R.Y.M.R. for the purpose of determining Family Residential Center placement or release from ERO custody. DO Chairez requested guidance from her supervisor, SDDO Gladys Martinez, once she was unable to verify the Plaintiffs' relationship.
- SDDO Gladys Martinez (now retired), reviewed facts of the case and made the separation recommendation to AFOD Mario Ortiz.
- AFOD Mario Ortiz (now retired), approved the separation of the Plaintiffs on November 15, 2017.

HHS:  HHS did not investigate or verify whether Mr. Matute Castro was R.Y.M.R.'s father or legal guardian, because on November 29, 2017, ORR identified and contacted R.Y.M.R.'s mother, Sintia Vanessa Ramirez to sponsor R.Y.M.R.. *See* MATUTE_GOV_000545 (11/29/2017 case note of case manager Angel Menchaca). ORR reunified R.Y.M.R. with Ms. Ramirez on January 29, 2018. *See* MATUTE_GOV_000517 (01/29/2018 case note of case manager Angel Menchaca).

13. **Identify all agents, officers, or employees of the San Diego Field Office of ICE responsible for setting, approving, or changing Policies or Practices relating to the investigation and verification of parentage or legal guardianship of apprehended family units on or around November 16, 2017.**

RESPONSE:

ICE: SDDO Gladys Martinez drafted local guidance advising that family separations must be approved by an AFOD. The guidance was provided in an e-mail dated September 15, 2017. AFOD Joel Mata (now retired), approved the guidance drafted by SDDO Martinez and broadcasted the guidance to the staff of the Family Unit via e-mail on September 15, 2017.

14. **Describe any and all changes to the procedures for investigating or verifying parentage or legal guardianship of family units in the San Diego Field Office of ICE from January 20, 2017 to November 16, 2017.**

RESPONSE:

ICE: A review of standard business practices in place during the January 20, 2017 to November 16, 2017 time period indicated that an updated JFRMU Handbook was implemented on September 1, 2017. This handbook superseded the prior JFRMU Handbook.

15. **Describe any and all differences between the San Diego Field Office of ICE and each other ICE Field Office with respect to the Policies or Practices in effect on November 16, 2017 for investigating or verifying parentage or legal guardianship of family units.**

RESPONSE:

ICE: ERO San Diego implemented a local policy limiting the authority to separate family groups to the Family Unit AFOD. ERO San Diego established a more stringent local policy then prescribed by the 2017 JFRMU Handbook. Objection to the remaining portion of this request seeking the policies of "each other ICE Field Office" as irrelevant and overly broad, as the only conduct at issue in this litigation is Plaintiffs' separation, which took place in at the San Diego District Staging Facility. This request is further disproportionate to the needs of the case and unduly burdensome, as there are twenty-five (25) ICE Areas of Responsibility (AORs) and over two hundred and eight (208) sub-field offices spread across the United States, and this inquiry would require an individualized inquiry into each offices' policies and procedures in place in

5

# Exhibit C

| | |
|---|---|
| **From:** | Lee Gelernt |
| **Sent:** | Sunday, August 28, 2022 8:11 PM |
| **To:** | Leinicke, John (USAFLS) |
| **Cc:** | Topal, Andrew; Hannah Schoen; Julia Saltzman; External - L Lehner; External - L Hartmann |
| **Subject:** | Re: Upcoming Depositions | RYMR v. United States, 1:20-cv-23598 |

Maria Chairez:  We are willing to do in San Diego and will send a new notice.

Gladys Martinez - you originally said the 31st worked for you.  In any event, we are willing to do her depo on sept 14 and will send a new notice.

Mario Ortiz: we are willing to do on sept 13th, so that it is on a consecutive day with Martinez.

* we do not intend to do either Martinez or Ortiz at ICE offices.

Sent from my iPhone


On Aug 26, 2022, at 3:19 PM, Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov> wrote:

**This Message Is From an External Sender**
This message came from outside your organization.

Good afternoon Andrew,

I am waiting on confirmation from agency counsel as to my ability to accept service for Mr. Abend and Mr. Mata, who I understand are both former employees.  I can accept service for Mr. White.

On August 23rd, I advised that September 12th did not work for the Chairez deposition.  **Please advise which of the following alternate dates you would like to select for Chairez's deposition: Sept. 6, 28, or 29.**  I also provided a preferred location of ICE OPLA San Diego, 880 Front Street, Room 2246, San Diego, California 92101.

I have received approval to accept service on behalf of Mario Ortiz.  Mr. Ortiz is available on September 13th; however the deposition location should be the ICE OPLA San Diego office.

Regarding Ms. Martinez, please provide me with the return of service, as I have not yet received it.  We still have been unable to contact her; but would alternate dates of Sept. 14 – 16 be available, also at ICE OPLA offices? We are having a conflict with our attorneys for August 31st.

Finally, I confirm receipt of the amended deposition notice as to location only for BPA MacCallum.

For all depositions, please provide accommodations for remote attendance.

Sincerely,

**JOHN S. LEINICKE**
Assistant United States Attorney

U.S. Attorney's Office, SDFL
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
office: (305) 961-9212
mobile: (786) 761-3160

---

**From:** Topal, Andrew <atopal@paulweiss.com>
**Sent:** Friday, August 26, 2022 2:39 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>
**Cc:** Alexander A Reinert <areinert@yu.edu>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Hannah Schoen <irp_hs@aclu.org>; Julia Saltzman <jsaltzman@aclu.org>; Stephen Kang <skang@aclu.org>; External - L Lehner <llehner@aijustice.org>; External - L Hartmann <lhartmann@aijustice.org>; Robert L. Parks <bob@garaylawfirm.com>; Ana C. Lanuza <ana@garaylawfirm.com>; Ian M. Ross <iross@sidley.com>; Lee Gelernt <lgelernt@aclu.org>
**Subject:** [EXTERNAL] Upcoming Depositions | RYMR v. United States, 1:20-cv-23598

John,

1. Please confirm you received the amended deposition notice for MacCallum changing the location to the Sidley offices.  We'll be in touch separately regarding logistics for Tuesday.
2. As you saw, we served Ms. Martinez and are planning to depose her in San Diego on Wednesday, August 31.  Do you plan to join remotely or in person?

Thanks,
Andrew

**Andrew J Topal** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)
atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

# Exhibit D

| From: | Topal, Andrew <atopal@paulweiss.com> |
|---|---|
| Sent: | Tuesday, August 30, 2022 1:41 PM |
| To: | Leinicke, John (USAFLS) |
| Cc: | Alexander A Reinert; GRP-ACLU-Damages; Hannah Schoen; Julia Saltzman; Stephen Kang; External - L Lehner; External - L Hartmann; Robert L. Parks; Ana C. Lanuza; Ian M. Ross; Lee Gelernt; Olivares, Liss (USAFLS); Erickson-Pogorzelski, Anthony (USAFLS) |
| Subject: | RE: Upcoming Depositions | RYMR v. United States, 1:20-cv-23598 |

**This Message Is From an External Sender**
This message came from outside your organization.

John,

We are concerned that after weeks of trying to get-in-touch with Ms. Martinez, shortly after being served she is taking an international trip of indefinite duration.  We prefer to depose Ms. Martinez in-person, can you please advise (1) whether Ms. Martinez is able to travel back to San Diego for a day, (2) whether Ms. Martinez would be amenable to a deposition in Mexico, or (3) when Ms. Martinez expects to know her return date.

Plaintiffs consent to the week-long extension of Defendant's expert deadline (to September 19), provided a corresponding extension is made for Plaintiffs' rebuttal report (to October 6).

Please continue to include the entire team on your correspondences.  We do intend to depose Dr. Cortes, please let us know her availability.  We will inquire as to Dr. Cuneo's and Dr. Shonkoff's availability.  As to the remaining depositions:

- MacCallum: Today in Miami
- Sintia Ramirez: September 7 in Miami
- Eric Matute Castro: September 9 in Miami
- Mario Ortiz: September 13 in San Diego
- Richard Abend: September 19 in San Diego – Please confirm whether you are now able to accept service for Mr. Abend.
- Joel Mata, Jr.: September 20 in San Diego – Please confirm whether you are now able to accept service for Mr. Mata.
- Jonathan White: September 23 in DC
- Maria Chairez: September 29 in San Diego
- Gladys Martinez: see above.

Thanks,
Andrew

**Andrew J Topal** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)

1

atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Monday, August 29, 2022 10:33 AM
**To:** Topal, Andrew <atopal@paulweiss.com>
**Cc:** Alexander A Reinert <areinert@yu.edu>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Hannah Schoen <irp_hs@aclu.org>; Julia Saltzman <jsaltzman@aclu.org>; Stephen Kang <skang@aclu.org>; External - L Lehner <llehner@aijustice.org>; External - L Hartmann <lhartmann@aijustice.org>; Robert L. Parks <bob@garaylawfirm.com>; Ana C. Lanuza <ana@garaylawfirm.com>; Ian M. Ross <iross@sidley.com>; Lee Gelernt <lgelernt@aclu.org>; Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>
**Subject:** RE: Upcoming Depositions | RYMR v. United States, 1:20-cv-23598

Hello Andrew,

After receiving service, Ms. Martinez made contact with ICE counsel late this past Friday.  I have been authorized to accept further deposition notices on Ms. Martinez's behalf.  Ms. Martinez advised that she is currently in Ensenada, Mexico, but may be travelling to other areas in Mexico throughout her trip.  Her return date to the United States is currently not set, but will likely be in October.

Ms. Martinez advised that she will not be available on either August 31st or September 14th.  However, she advised that she could be available for a video deposition on September 28th.  This date also currently works for me.  FYI, Ms. Martinez is also available Sept. 29th, but I am currently set for mediation on that date.  If that litigation resolves and that date frees up, I will immediately advise.

As an aside, there are five different attorneys from your team that are emailing me regarding various issues (sometimes regarding the same issue), which makes it hard to keep track of all information.  If there is one preferred point of contact, please advise.  As I understand it, our pending schedule is as follows (italics tentative):

> Aug. 30 – Πs' deposition of Nathan MacCallum
> Sept. 1 – CME of Eric Matute Castro
> Sept. 2 – CME of Sintia Ramirez + RYMR
> *Sept. 6 – Πs' deposition of Maria Chairez*
> Sept. 7 – Δ's deposition of Eric Matute Castro
> Sept. 8 – Discovery hearing / Magistrate Judge Torres
> Sept. 9 – Δ's deposition of Sintia Ramirez
> *Sept. 12 - Δ's expert disclosure deadline (agreed extension to 9/19)*
> Sept. 13 – Πs' deposition of Mario Ortiz (ret)
> Sept. 19 – Πs' deposition of Richard Abend (ret)
> Sept. 20 – Πs' deposition of Joel Mata, Jr. (ret)
> Sept. 23 – Πs' deposition of Jonathan White
> *Sept. 28 – Πs' deposition of Gladys Martinez (ret)*
> Oct. 3 – mediation with Ellen Leesfield
> Oct. 25 – fact + expert discovery cutoff

We have discussed proposed extensions of expert discovery deadlines that hinge on the examinations of the plaintiffs.  We should also nail down dates for expert depositions.  I intend to depose both of Plaintiffs experts (Dr. Cueno + Dr. Shonkoff); I assume that you will seek Dr. Cortes's deposition.

I hope that we can get to an agreement (or an agreement to disagree) today so that I can timely move for relief on extending the deadlines for expert discovery as previously discussed.

John

**From:** Topal, Andrew <atopal@paulweiss.com>
**Sent:** Friday, August 26, 2022 7:03 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>
**Cc:** Alexander A Reinert <areinert@yu.edu>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Hannah Schoen <irp_hs@aclu.org>; Julia Saltzman <jsaltzman@aclu.org>; Stephen Kang <skang@aclu.org>; External - L Lehner <llehner@aijustice.org>; External - L Hartmann <lhartmann@aijustice.org>; Robert L. Parks <bob@garaylawfirm.com>; Ana C. Lanuza <ana@garaylawfirm.com>; Ian M. Ross <iross@sidley.com>; Lee Gelernt <lgelernt@aclu.org>
**Subject:** [EXTERNAL] RE: Upcoming Depositions | RYMR v. United States, 1:20-cv-23598

Thanks, John.

Attached is the affidavit of service for Ms. Martinez.  We will revert on the other issues.

Thanks,
Andrew

**Andrew J Topal** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)
atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Friday, August 26, 2022 3:19 PM
**To:** Topal, Andrew <atopal@paulweiss.com>
**Cc:** Alexander A Reinert <areinert@yu.edu>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Hannah Schoen <irp_hs@aclu.org>; Julia Saltzman <jsaltzman@aclu.org>; Stephen Kang <skang@aclu.org>; External - L Lehner <llehner@aijustice.org>; External - L Hartmann <lhartmann@aijustice.org>; Robert L. Parks <bob@garaylawfirm.com>; Ana C. Lanuza <ana@garaylawfirm.com>; Ian M. Ross <iross@sidley.com>; Lee Gelernt <lgelernt@aclu.org>
**Subject:** RE: Upcoming Depositions | RYMR v. United States, 1:20-cv-23598

Good afternoon Andrew,

I am waiting on confirmation from agency counsel as to my ability to accept service for Mr. Abend and Mr. Mata, who I understand are both former employees.  I can accept service for Mr. White.

On August 23rd, I advised that September 12th did not work for the Chairez deposition.  Please advise which of the following alternate dates you would like to select for Chairez's deposition: Sept. 6, 28, or 29.  I also provided a preferred location of ICE OPLA San Diego, 880 Front Street, Room 2246, San Diego, California 92101.

I have received approval to accept service on behalf of Mario Ortiz.  Mr. Ortiz is available on September 13th; however the deposition location should be the ICE OPLA San Diego office.

Regarding Ms. Martinez, please provide me with the return of service, as I have not yet received it.  We still have been unable to contact her; but would alternate dates of Sept. 14 – 16 be available, also at ICE OPLA offices? We are having a conflict with our attorneys for August 31st.

Finally, I confirm receipt of the amended deposition notice as to location only for BPA MacCallum.

For all depositions, please provide accommodations for remote attendance.

Sincerely,

**JOHN S. LEINICKE**
Assistant United States Attorney
U.S. Attorney's Office, SDFL
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
office: (305) 961-9212
mobile: (786) 761-3160

---

**From:** Topal, Andrew <atopal@paulweiss.com>
**Sent:** Friday, August 26, 2022 2:39 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>
**Cc:** Alexander A Reinert <areinert@yu.edu>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Hannah Schoen <irp_hs@aclu.org>; Julia Saltzman <jsaltzman@aclu.org>; Stephen Kang <skang@aclu.org>; External - L Lehner <llehner@aijustice.org>; External - L Hartmann <lhartmann@aijustice.org>; Robert L. Parks <bob@garaylawfirm.com>; Ana C. Lanuza <ana@garaylawfirm.com>; Ian M. Ross <iross@sidley.com>; Lee Gelernt <lgelernt@aclu.org>
**Subject:** [EXTERNAL] Upcoming Depositions | RYMR v. United States, 1:20-cv-23598

John,

1. Please confirm you received the amended deposition notice for MacCallum changing the location to the Sidley offices.  We'll be in touch separately regarding logistics for Tuesday.
2. As you saw, we served Ms. Martinez and are planning to depose her in San Diego on Wednesday, August 31.  Do you plan to join remotely or in person?

Thanks,
Andrew

**Andrew J Topal** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)
atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

# Exhibit E

| | |
|---|---|
| **From:** | Erickson-Pogorzelski, Anthony (USAFLS) |
| **To:** | Lee Gelernt |
| **Cc:** | RYMR; Alex Reinert; GRP-ACLU-Damages; External - L Lehner; Ian Ross; Robert L. Parks; Leinicke, John (USAFLS); Olivares, Liss (USAFLS) |
| **Subject:** | RE: RYMR discovery |
| **Date:** | Monday, November 28, 2022 6:49:24 AM |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Lee,

Thank you.  I hope you, and everyone on your team, had a wonderful Thanksgiving holiday.

First, I wanted to let you know that I have tested positive for COVID.  I have mild symptoms, but I do have to telework.  If you need to reach me, I am available by email or by cell phone.

Second, we still have to address the status of RYMR's testimony.  If Plaintiffs cannot agree that RYMR will not testify should this case go to trial, we need dates for RYMR's deposition for the deposition schedule due to the Court in December.

Third, I have informed Dr. Cortés that her deposition will take place on Thursday, February 16, 2023.  We can use that date for the deposition schedule.  I still need dates for Dr. Cuneo's deposition.

Fourth, I heard back from the ICE deponents.  They are all, generally, available the two week period beginning January 30, 2023, and ending on February 10, 2023.  The main limitation is that Gladys Martinez is only available on February 6, 2023.  We would prefer to schedule all deposition in the same geographic area at the same time.  Accordingly, please let me know if the following schedule works for the ICE deponents:

Week of 1/30/23

John Garzon (Tampa, FL)
Greg Archambeault (Austin, TX)

2/6/23  Gladys Martinez (San Diego, CA)

Week of 2/6/23

Rick Abend (San Diego, CA)
Joel Mata (San Diego, CA)
Maria Chairez (San Diego, CA)

I have to follow up with HHS on the remaining deponents.  That said, if Menchaca is an employee of a HHS contractor, you will have to subpoena him or the contractor directly.  He would not be an employee of the government.  Once I know more, I will let you know.

Anthony Erickson-Pogorzelski
Deputy Chief, Civil Division
U.S. Attorney's Office, SDFL
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
(305) 961-9296 (office phone)
(786) 360-9764 (cell phone)

---

**From:** Lee Gelernt <LGELERNT@aclu.org>
**Sent:** Tuesday, November 22, 2022 3:14 PM
**To:** Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Cc:** RYMR <RYMR@aclu.org>; Alex Reinert <areinert@yu.edu>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; External - L Lehner <llehner@aijustice.org>; Ian Ross <iross@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>
**Subject:** [EXTERNAL] Re: RYMR discovery

Hey Anthony,

In response to your question regarding the medical providers who treated Eric after the car accident, here is a list of providers:

1. Orlando Enrique Leiva, MD
   Maria Luisa Mojena, APRN

   One Health Group

   3368 NW 7th Street

   Miami, FL 33125

   P: (305) 222-7963

2. Coastal Health Group

   P:(561) 396-2420/F: (561) 425-8410

   https://www.chgfl.com/locations/

   Various Locations in Miami

   info@coastalhealthgroup.com

3. Dr. Kuppinger

# Exhibit F

| | |
|---|---|
| **From:** | Leinicke, John (USAFLS) |
| **To:** | Topal, Andrew; Hannah Schoen; Lee Gelernt; Ian Ross; GRP-ACLU-Damages; External - L Lehner; Robert L. Parks; RYMR; cortegarivero@sidley.com |
| **Cc:** | Matos, Natividad (USAFLS); Erickson-Pogorzelski, Anthony (USAFLS); Olivares, Liss (USAFLS) |
| **Subject:** | RE: RYMR: White depo |
| **Date:** | Wednesday, February 1, 2023 9:47:20 AM |
| **Attachments:** | work note - martinez.pdf |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Good afternoon Andrew,

- ICE 30(b)(6) witness: deposition topics are agreed.  ICE has identified its witness, who will be available in DC.  However, the witness is not available February 25th. ICE has advised that they will provide alternate dates shortly.
- Gladys Martinez: Yesterday, we were contacted by Ms. Martinez.  She advised that in November 2022 she suffered an on-the-job head injury, which had prevented her from making contact with us.   She has been dealing with ongoing neck and spine pain, nausea, migraines, etc. with frequent flare-ups of these conditions that often keep her bedridden.  She has also been taking medications for these conditions.  She provided a medical provider's note prohibiting her from getting into any moving vehicles for the time being (attached).  She was adamant that she cannot attend the deposition on February 6 in person.  We understand that Ms. Martinez is going to reach out to your team, likely to reschedule and request more accommodating surroundings.
- Captain White deposition: Do you intend to proceed with this deposition?  If so, when is your team available for a phone call to discuss?

**JOHN S. LEINICKE**
Assistant United States Attorney
U.S. Attorney's Office, SDFL
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
office: (305) 961-9212
mobile: (786) 761-3160

---

**From:** Topal, Andrew <atopal@paulweiss.com>
**Sent:** Tuesday, January 31, 2023 8:51 AM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Hannah Schoen <hschoen@aclu.org>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>; Lee Gelernt <lgelernt@aclu.org>
**Cc:** GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; RYMR <RYMR@aclu.org>; External - L Lehner <llehner@aijustice.org>; Ian Ross <iross@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; cortegarivero@sidley.com; Matos, Natividad (USAFLS) <NMatos@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR: White depo

John,

Please see the responses below.  Please also see the attached notices of deposition for Ms.

Martinez, Ms. Chairez, and Ms. Brooks.

Thanks,
Andrew

1. Yes, we can hold Ms. Martinez's deposition on Monday, February 6 in San Diego and DO Chairez's deposition on Tuesday, February 7 in San Diego. We will finalize the logistics and send you notices for the depositions in the next few days.
**RESPONSE**: I can confirm that Ms. Chairez will appear for her deposition on 02/07. However, we have unfortunately lost communication with Ms. Martinez, who has ceased returning our communications. While I will proceed with travel arrangements to San Diego and scheduling under the assumption that she will contact us again and appear for her 02/06 deposition, I am unable to guarantee her appearance. At this point, it may be prudent to serve her personally. I will of course update you immediately if I have any new information.
**PLAINTIFFS' RESPONSE:** Out of an abundance of caution, we will attempt to serve Ms. Martinez once again. Please let us know immediately if you reach her. Please also let us know the last time you or someone from your office spoke with Ms. Martinez and confirmed the 2/6 deposition date.

2. Thank you for the response on the 30(b)(6) topics. You wrote to clarify that "'national policies' is understood to mean policies disseminated from ICE HQ which impacted the field offices, including the San Diego Field Office / AOR." We understand national polices to be policies **of or from** ICE HQ which impacted the field offices regardless of how or whether such policies were disseminated.
**RESPONSE**: I am waiting on confirmation from ICE that this language is acceptable.
**PLAINTIFFS' RESPONSE:** Thank you.

3. You had previously mentioned that the 30(b)(6) would likely be in California. Please let us know whether that means it is likely to be in San Diego (or elsewhere in California).
**RESPONSE**: I believe this will likely be in the LA / San Diego area, but am waiting for confirmation. ICE is also exploring flying the witness to either DC or Miami (similar to Agent MacCallum). Please advise whether your team would oppose these alternate venues.
**PLAINTIFFS' RESPONSE:** We prefer the LA/San Diego area but could also do DC. We prefer not to have the deposition in Miami.

4. Plaintiffs wanted to check in about the date for the White/HHS deposition, for which we had previously offered March 6 or 7. Now that Ms. Brooks' deposition is scheduled for March 7, what dates (after March 1) does the government propose for the White/HHS deposition?
**RESPONSE**: This is an issue where the parties should probably schedule a status call. HHS continues to maintain that re-deposing White is unnecessary. If there are proposed deposition topics for an alternate HHS 30(b)(6) witness, we should resolve this ASAP.
**PLAINTIFFS' RESPONSE:** We will get back to you on this.

5. We received the attached documents in connection with the subpoena served on Ana Gonzalez Garza.
**RESPONSE**: Thank you for providing the documents received from Ms. Garza.


Other open points:
1. Zoom / video conferencing information for Menchaca 02/02 deposition.
**PLAINTIFFS' RESPONSE:** We will send you the link when we get it from the deposition provider.

2. Updated response to Interrogatory #2 (RYMR's educational institutions).
**PLAINTIFFS' RESPONSE:** We understand that Royer attended the following educational institution:
Notre Dame Child Care Center – CC
130 NE 62nd St Miami, FL 33138
(305) 751-6778

Dates attended: August 20, 2018 – May 29, 2019

   3. Updated response to Interrogatory #5 (Plaintiffs' undisclosed health care providers).

**PLAINTIFFS' RESPONSE:** We are still investigating.

   4. Location for Dr. Cuneo's deposition on 02/27.  Assuming Dr. Cuneo location is Baltimore, what part of the city?

**PLAINTIFFS' RESPONSE:** Dr. Cuneo prefers to be deposed virtually.  Is the government amenable to that?

**Andrew J Topal** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)
atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Friday, January 27, 2023 1:46 PM
**To:** Hannah Schoen <hschoen@aclu.org>; Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>; Topal, Andrew <atopal@paulweiss.com>; Lee Gelernt <lgelernt@aclu.org>
**Cc:** GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; RYMR <RYMR@aclu.org>; External - L Lehner <llehner@aijustice.org>; Ian Ross <iross@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; cortegarivero@sidley.com; Matos, Natividad (USAFLS) <Natividad.Matos@usdoj.gov>
**Subject:** RE: RYMR: White depo

Good afternoon Hannah,  Thank you for the kind words welcoming me back.  Please find my responses below in red:

   1. Yes, we can hold Ms. Martinez's deposition on Monday, February 6 in San Diego and DO Chairez's deposition on Tuesday, February 7 in San Diego.  We will finalize the logistics and send you notices for the depositions in the next few days.

**RESPONSE**: I can confirm that Ms. Chairez will appear for her deposition on 02/07.  However, we have unfortunately lost communication with Ms. Martinez, who has ceased returning our communications.  While I will proceed with travel arrangements to San Diego and scheduling under the assumption that she will again appear and appear for her 02/06 deposition, I am unable to guarantee her appearance.  At this point, it may be prudent to serve her personally.  I will of course update you immediately if I have any new information.

   2. Thank you for the response on the 30(b)(6) topics.  You wrote to clarify that "'national policies' is understood to mean policies disseminated from ICE HQ which impacted the field offices, including the San Diego Field Office / AOR."  We understand national polices to be policies **of or from** ICE HQ which impacted the field offices regardless of how or whether such policies were disseminated.

**RESPONSE**: I am waiting on confirmation from ICE that this language is acceptable.

   3. You had previously mentioned that the 30(b)(6) would likely be in California.  Please let us know whether that means it is likely to be in San Diego (or elsewhere in California).

**RESPONSE**: I believe this will likely be in the LA / San Diego area, but am waiting for confirmation.  ICE

is also exploring flying the witness to either DC or Miami (similar to Agent MacCallum).  Please advise whether your team would oppose these alternate venues.

    4. Plaintiffs wanted to check in about the date for the White/HHS deposition, for which we had previously offered March 6 or 7. Now that Ms. Brooks' deposition is scheduled for March 7, what dates (after March 1) does the government propose for the White/HHS deposition?

**RESPONSE**: This is an issue where the parties should probably schedule a status call.  HHS continues to maintain that re-deposing White is unnecessary.  If there are proposed deposition topics for an alternate HHS 30(b)(6) witness, we should resolve this ASAP.

    5. We received the attached documents in connection with the subpoena served on Ana Gonzalez Garza.

**RESPONSE**: Thank you for providing the documents received from Ms. Garza.

Other open points:
1. Zoom / video conferencing information for Menchaca 02/02 deposition.
2. Updated response to Interrogatory #2 (RYMR's educational institutions).
3. Updated response to Interrogatory #5 (Plaintiffs' undisclosed health care providers).
4. Location for Dr. Cuneo's deposition on 02/27.  Assuming Dr. Cuneo location is Baltimore, what part of the city?

**JOHN S. LEINICKE**
Assistant United States Attorney
U.S. Attorney's Office, SDFL
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
office: (305) 961-9212
mobile: (786) 761-3160

**From:** Hannah Schoen hschoen@aclu.org
**Sent:** Thursday, January 26, 2023 12:41 PM
**To:** Leinicke, John (USAFLS) JLeinicke@usa.doj.gov; Erickson-Pogorzelski, Anthony (USAFLS) APogorzelski@usa.doj.gov; Topal, Andrew atopal@paulweiss.com; Lee Gelernt LGELERNT@aclu.org
**Cc:** GRP-ACLU-Damages GRP-ACLU-Damages@paulweiss.com; RYMR RYMR@aclu.org; External - L Lehner llehner@aijustice.org; Ian Ross iross@sidley.com; Robert L. Parks bob@garaylawfirm.com; cortegarivero@sidley.com; Matos, Natividad (USAFLS) NMatos@usa.doj.gov
**Subject:** [EXTERNAL] RE: RYMR: White depo

Hi John,

Glad to hear that you are back.  We hope that everyone feels better and continues to stay well.

1. Yes, we can hold Ms. Martinez's deposition on Monday, February 6 in San Diego and DO Chairez's deposition on Tuesday, February 7 in San Diego.  We will finalize the logistics and send you notices for the depositions in the next few days.

2. Thank you for the response on the 30(b)(6) topics.  You wrote to clarify that "'national policies' is understood to mean policies disseminated from ICE HQ which impacted the field offices, including the San Diego Field Office / AOR."  We understand national polices to be policies **of or from** ICE HQ which impacted the field offices regardless of how or whether such policies were

disseminated.

3. You had previously mentioned that the 30(b)(6) would likely be in California.  Please let us know whether that means it is likely to be in San Diego (or elsewhere in California).

4. Plaintiffs wanted to check in about the date for the White/HHS deposition, for which we had previously offered March 6 or 7. Now that Ms. Brooks' deposition is scheduled for March 7, what dates (after March 1) does the government propose for the White/HHS deposition?

5. We received the attached documents in connection with the subpoena served on Ana Gonzalez Garza.

Thanks,
Hannah

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Wednesday, January 25, 2023 7:48 AM
**To:** Hannah Schoen <hschoen@aclu.org>; Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>; Topal, Andrew <atopal@paulweiss.com>; Lee Gelernt <LGELERNT@aclu.org>
**Cc:** GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; RYMR <RYMR@aclu.org>; External - L Lehner <llehner@aijustice.org>; Ian Ross <iross@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; cortegarivero@sidley.com; Matos, Natividad (USAFLS) <Natividad.Matos@usdoj.gov>
**Subject:** RE: RYMR: White depo

Good morning everyone,

I am back from emergency sick leave.  Thank you again for accommodating the rescheduling of Ms. Brooks's deposition to March 7th.

I have additionally confirmed with ICE counsel that DO Chairez is available for deposition on February 7th.  As Ms. Martinez is scheduled for Feb 6th, this would seem to be much more convenient for all counsel who are coming from out of town to attend these depositions.  Please confirm if this schedule works for your team.

John

**From:** Hannah Schoen <hschoen@aclu.org>
**Sent:** Monday, January 23, 2023 8:02 PM
**To:** Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>; Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Topal, Andrew <atopal@paulweiss.com>; Lee Gelernt <LGELERNT@aclu.org>
**Cc:** GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; RYMR <RYMR@aclu.org>; External - L Lehner <llehner@aijustice.org>; Ian Ross <iross@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; cortegarivero@sidley.com; Matos, Natividad (USAFLS) <NMatos@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR: White depo

# Exhibit G

| | |
|---|---|
| **From:** | Hannah Schoen |
| **To:** | Topal, Andrew; Leinicke, John (USAFLS); Lee Gelernt; Ian Ross; GRP-ACLU-Damages; External - L Lehner; Robert L. Parks; RYMR; cortegarivero@sidley.com |
| **Cc:** | Matos, Natividad (USAFLS); Erickson-Pogorzelski, Anthony (USAFLS); Olivares, Liss (USAFLS) |
| **Subject:** | RE: RYMR - San Diego depositions |
| **Date:** | Friday, February 3, 2023 12:07:26 PM |

Hi John:

Please find responses below in blue.

Thanks,
Hannah

1. Status of Ms. Martinez's deposition on Monday Feb 6th.

As stated earlier, this deposition will not be going forward. Ms. Martinez reached out this week and told us to reach out to Yerin Cho, who is ICE agency counsel, about rescheduling. This leaves us uncertain as to who exactly is the appropriate point of contact regarding Ms. Martinez's deposition. You advised us on August 29 that you were authorized to accept further deposition notices on Ms. Martinez's behalf. Ms. Martinez appears to be suggesting that we contact agency counsel directly, but our assumption is that you represent the agency in this matter. Are you currently authorized to accept service and communications with respect to Ms. Martinez, or should we call Ms. Cho?

2. Captain White's / HHS 30(b)(6) deposition scheduled for Feb 13th.

This deposition will not be going forward on February 13 as per Lee's January 4 email requesting a new date for this deposition after March 1. Plaintiffs will provide an update next week about this deposition.

3. Selection of Mata / Abend / Archambeault / Garzon for Feb. 17th.

Plaintiffs will select this witness following Ms. Chairez's deposition.

4. RYMR's deposition set for Feb 22nd

Plaintiffs will provide an update on Wednesday.

5. Dates for re-scheduling ICE 30(b)(6) deposition in DC.

On February 1, you stated that ICE's witness was not available on the originally agreed upon date and that ICE would "provide alternate dates shortly." Do you have those dates?

6. Location for Dr. Cuneo in Baltimore for Feb 27th.

Dr. Cuneo prefers a remote deposition, as we noted in our email on January 18. Is the government not amenable to that?

**From:** Topal, Andrew <atopal@paulweiss.com>
**Sent:** Friday, February 3, 2023 8:53 AM
**To:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>; Hannah Schoen <hschoen@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>; Ian Ross <iross@sidley.com>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; External - L Lehner <llehner@aijustice.org>; Robert L. Parks

<bob@garaylawfirm.com>; RYMR <RYMR@aclu.org>; cortegarivero@sidley.com
**Cc:** Matos, Natividad (USAFLS) <Natividad.Matos@usdoj.gov>; Erickson-Pogorzelski, Anthony
(USAFLS) <Anthony.Pogorzelski@usdoj.gov>; Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>
**Subject:** RE: RYMR - San Diego depositions

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

John,

We will write separately to address the other inquiries, but Ms. Martinez's deposition will not go
forward on Monday, February 6, given that she has indicated she will not attend.  We will be in
touch about rescheduling.

Thanks,
Andrew


**Andrew J Topal** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)
atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Friday, February 3, 2023 11:07 AM
**To:** Topal, Andrew <atopal@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; Lee Gelernt
<lgelernt@aclu.org>; Ian Ross <iross@sidley.com>; GRP-ACLU-Damages <GRP-ACLU-
Damages@paulweiss.com>; External - L Lehner <llehner@aijustice.org>; Robert L. Parks
<bob@garaylawfirm.com>; RYMR <RYMR@aclu.org>; cortegarivero@sidley.com
**Cc:** Matos, Natividad (USAFLS) <Natividad.Matos@usdoj.gov>; Erickson-Pogorzelski, Anthony
(USAFLS) <Anthony.Pogorzelski@usdoj.gov>; Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>
**Subject:** RYMR - San Diego depositions

Good morning,

Following up on the inquiry I put to the group at the conclusion of Mr. Menchaca's deposition:
1. Status of Ms. Martinez's deposition on Monday Feb 6th.
2. Captain White's / HHS 30(b)(6) deposition scheduled for Feb 13th.
3. Selection of Mata / Abend / Archambeault / Garzon for Feb. 17th.
4. RYMR's deposition set for Feb 22nd
5. Dates for re-scheduling ICE 30(b)(6) deposition in DC.
6. Location for Dr. Cuneo in Baltimore for Feb 27th.

Items 1, 2, and 3 are priorities that should be discussed and/or resolved today.

JOHN S. LEINICKE
Assistant United States Attorney
U.S. Attorney's Office, SDFL
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
office: (305) 961-9212
mobile: (786) 761-3160

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

# Exhibit H

| From: | Rubin, Jacqueline P |
|---|---|
| To: | Leinicke, John (USAFLS); Hannah Schoen; Topal, Andrew; RYMR; GRP-ACLU-Damages; Alexander A Reinert; Ian Ross; Ortega-Rivero, Carmen M.; Robert L. Parks; External - L Lehner; External - Evelyn Wiese; Ian Ross |
| Cc: | Erickson-Pogorzelski, Anthony (USAFLS); Olivares, Liss (USAFLS) |
| Subject: | RE: RYMR v. United States: Letter to United States |
| Date: | Tuesday, February 28, 2023 4:21:07 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |

**This Message Is From an External Sender**
This message came from outside your organization.

John:

Following up on our call, and in order to accommodate the deposition scheduled on March 15 and the upcoming discovery deadline, we ask that you confirm the below depositions on the dates indicated.  Please also confirm the locations:

1. **Ms. Martinez:**  You mentioned that based on the doctors notes that you have received, you believe that she will need to spread the deposition out over multiple dates.  We request that you provide any additional medical letters you have received.  But if the deposition does need to be done over multiple dates, please confirm her availability for March 6, 7, and 8.  We would propose to do the deposition in person, and are willing to arrange a location near her home in California.

2. **Mr. Abend:**  March 10 in San Diego

3. **Mr. Ramirez:**  March 13.  Please let us know where Mr. Ramirez is located, and whether he is a current or former employee of OIG and/or the United States.

4. **Mr. Quibrera**:  March 14, in Florida.  Please confirm where Mr. Quibrera is located in Florida.

5. **Mr. Archambeault**:  March 16, in Austin.

Thank you,
Jacqui

**Jacqueline P. Rubin** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3056 (Direct Phone) | 212 492 0056 (Direct Fax)
jrubin@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her/Hers*

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>

**Sent:** Tuesday, February 28, 2023 5:32 PM
**To:** Rubin, Jacqueline P <jrubin@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; Topal, Andrew <atopal@paulweiss.com>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ian Ross <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>; Ian Ross <iross@sidley.com>
**Cc:** Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>; Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>
**Subject:** RE: RYMR v. United States: Letter to United States

Jacqueline,

The USA's response to Plaintiffs' 02/13 letter is attached, along with responsive documents.

**JOHN S. LEINICKE**
Assistant United States Attorney
U.S. Attorney's Office, SDFL
office: (305) 961-9212
mobile: (786) 761-3160

**From:** Rubin, Jacqueline P <jrubin@paulweiss.com>
**Sent:** Friday, February 24, 2023 11:27 AM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Hannah Schoen <hschoen@aclu.org>; Topal, Andrew <atopal@paulweiss.com>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ian Ross <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>; Ian Ross <iross@sidley.com>
**Cc:** Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR v. United States: Letter to United States

John:

Our letter of February 13th pointed out many concerning issues with the United States' representations and discovery to date.  Given the deadlines in this case, we requested supplementation of the United States disclosures and interrogatory responses, as well as the discovery requested in the letter, by February 16th.  On that date, the United States informed us that it would require an additional week to respond, to February 23rd.  Last night, you informed us that the United States needed yet more time, that you were "hopeful" the United States could respond on February 28th, and provided only a single corrective disclosure, to Plaintiff's Interrogatory 4.  The inability of the United States to provide us with the information in a timely and complete manner is troubling and is delaying Plaintiff's ability to continue and complete discovery.

In particular, there should be no reason for the delay in correcting the United States' disclosures in Interrogatory No. 12, as well supplementing the United States' Rule 26 disclosure.  We therefore request that the United States provides responses on these disclosures today, as they are needed for

# Exhibit I

| From: | Leinicke, John (USAFLS) |
|---|---|
| To: | Lee Gelernt; RYMR; GRP-ACLU-Damages; Alex Reinert; External - L Lehner; Ian M. Ross; Robert L. Parks; Carmen M. Ortega-Rivero |
| Cc: | Erickson-Pogorzelski, Anthony (USAFLS) |
| Subject: | RE: RYMR Discovery- time sensitive |
| Date: | Tuesday, March 7, 2023 1:27:56 PM |
| Attachments: | USA"s Notice Objection Captain White Depo.pdf |
| | USA"s Notice Objection P"s depo notices (02.27 + 03.03).pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Hello,

It took some time to speak with ICE agency counsel.

- We cannot agree to provide portions of any material related to other detainees / UACs.  This includes the Archambeault memo or consulate communications.
- ICE counsel has confirmed that the document produced as MATUTE_GOV_028718 – 028720 / ICE0000699 – 0000701 bearing Quibrera and Chairez "wet ink" signatures is the paper version of the Archambeault memo in their files.
    - ICE is in the process of confirming whether draft versions of the Archambeault memo (i.e. Word) exist.  If they do exist, we agree to produce any responsive documents in a redacted form.
- To clarify the scope of the United States' compromise on additional depositions: the United States will agree to a limited extension of fact discovery through April 28, 2023 for the exclusive purpose of permitting the Plaintiffs to depose up to five agreed upon witnesses, each of whom must be specifically identified prior to March 17.  The parties will come to a mutually agreeable deposition schedule.
    - We agree on Martinez, Abend, Quibrera, and Archambeault.  We do not agree on White. My proposal is that the parties should either agree on ICE 30(b)(6) within the scope previously discussed; agree to depose White via Rule 31 written question; or just leave it at four depositions.
    - To protect the United States' interests, I am serving objections to the pending depositions and Captain White's deposition.  Please advise for which of these I should contact Judge Torres' chambers to add on to Thursday's calendar.

Other agreed areas:
- The parties have come to compromise as to RFP 28: The United States will produce Captain White's material from the *CM/APF* common discovery.
- Plaintiffs will not seek depositions of OIG personnel, with the understanding that the parties  will not attempt to introduce into evidence the OIG ROI, Case Report, or other OIG investigative material.
    - Please confirm if this agreement also resolves the need for the United States to respond to Plaintiffs' outstanding written discovery directed towards OIG.
- ICE counsel has represented that no phone records exist related to calls made by facility personnel.

JOHN S. LEINICKE
Assistant United States Attorney

U.S. Attorney's Office, SDFL
office: (305) 961-9212
mobile: (786) 761-3160

**From:** Lee Gelernt <LGELERNT@aclu.org>
**Sent:** Tuesday, March 7, 2023 9:24 AM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>
**Cc:** RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alex Reinert <areinert@yu.edu>; External - L Lehner <llehner@aijustice.org>; Ian M. Ross <iross@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; Carmen M. Ortega-Rivero <cortegarivero@sidley.com>
**Subject:** [EXTERNAL] RYMR Discovery- time sensitive

John:

Here is an even more truncated list of requests, in an effort at one last possible compromise.  We think this is more than reasonable, and if we have to go to Court we will ask for more.  Given that we will need to travel to Miami for the Thursday morning discovery hearing, we would appreciate a prompt response, especially if your position has not changed and you do not intend to provide us with any of this information.

 **Communications with Consulate**:  We would like you to confirm that of the three families handled together with Plaintiffs, all of whom were separated, ICE San Diego contacted the consulate before separation in only one of those cases (family # 2), and that in that one case, the separation occurred before ICE San Diego received a response from the consulate.

**\* ALL *UN*REDACTED VERSIONS AND META-DATA FOR *POST*-SEPARATION FOD ARCHAMBEAULT MEMO:**
 This memo to the head of the San Diego ICE Field Office, issued weeks after separation but requesting "authorization to separate Plaintiffs and the three other families who were processed and separated with Plaintiffs, is critical to our understanding of what happened to Plaintiffs.

 *First*, we need to see unredacted versions. We are entitled to understand whether and to what extent ICE may have taken steps to *retroactively* justify these 4 separations, all of which were treated as a group in the relevant emails and memos.

*Second*, we are entitled to see all versions of the memo and the metadata for each version so we can understand who reviewed and edited it  This is important for numerous reasons, including that the government's response to Interrogatory 12 has cast significant doubt on what role each ICE official may have played.  With regard to the production format, it should be in the ESI format set out in Section C of the Agreement Regarding the Format for Production.

Please let us know promptly whether you agree to this limited set of discovery.

Lee

# Exhibit J

| | |
|---|---|
| **From:** | Leinicke, John (USAFLS) |
| **To:** | Topal, Andrew |
| **Cc:** | RYMR; GRP-ACLU-Damages; Alexander A Reinert; Ross, Ian M.; Ortega-Rivero, Carmen M.; Robert L. Parks; External - L Lehner; External - Evelyn Wiese |
| **Subject:** | RE: RYMR v. United States - RFAs and Depositions |
| **Date:** | Wednesday, March 15, 2023 10:19:13 AM |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Andrew,

I will respond to the other issues raised in emails as soon as I can, but below are proposed deposition dates:

- April 10- Former SDDO Martinez (San Diego)
- April 11- SDDO Quibrera (San Diego)
- April 12- Former SDDO Abend (San Diego)
- April 13- Former FOD Archambeault (Austin)
- April 26- 30(b)6 (D.C.)

John

---

**From:** Topal, Andrew <atopal@paulweiss.com>
**Sent:** Wednesday, March 15, 2023 1:10 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>
**Cc:** RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Subject:** [EXTERNAL] RYMR v. United States - RFAs and Depositions

John,

The latest round of written discovery propounded by the government is due this Friday. As you saw, we just served our responses to the government's Interrogatories and Request for Production. Given that many of the government's Requests for Admissions ask for Plaintiffs to confirm what evidence exists, we think it would be more efficient for all involved for Plaintiffs to wait until the end of depositions to respond to the RFAs. Is the government amenable to extend the RFA deadline to April 28?

Please also provide available dates and locations for the depositions of the witnesses as soon as possible.

Thanks,
Andrew

**Andrew J Topal** | Associate

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)
atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

# Exhibit K

| From: | Leinicke, John (USAFLS) |
|---|---|
| To: | Lee Gelernt |
| Cc: | Herzog, Steven C; Topal, Andrew; Hannah Schoen; RYMR; GRP-ACLU-Damages; Alexander A Reinert; Ross, Ian M.; Ortega-Rivero, Carmen M.; Robert L. Parks; External - L Lehner; External - Evelyn Wiese; Olivares, Liss (USAFLS); Erickson-Pogorzelski, Anthony (USAFLS) |
| Subject: | RE: RYMR v. United States: Written Discovery |
| Date: | Tuesday, April 4, 2023 2:19:29 PM |
| Attachments: | image001.png image002.png image003.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Lee,

You have me at a disadvantage, as plaintiffs haven't disclosed the legal bases of the proposed motion, nor what relief will be sought.   To the extent it is possible to respond:

- The government takes no position on Ms. Martinez's medical condition, other than to note that there is no indication that her representations are anything other than genuine.
- The government reserves all rights as to the procedural merits of any forthcoming discovery motion, including but not limited to the fact that discovery is closed, that there is no pending deposition notice, and compliance with the local rules.

John

---

**From:** Lee Gelernt <LGELERNT@aclu.org>
**Sent:** Tuesday, April 4, 2023 3:43 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>
**Cc:** Herzog, Steven C <sherzog@paulweiss.com>; Topal, Andrew <atopal@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>; Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] Re: RYMR v. United States: Written Discovery

John:

We may not need to talk.  We intend to move in San Diego to compel Martinez's deposition and just need to get your position on the motion.   Based on your last email, should we state that counsel for the government takes no position?

Lee

Sent from my iPhone

On Apr 4, 2023, at 2:36 PM, Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov> wrote:

I can be available for a brief call at 4:30. Tomorrow my day is much more open – I'm free outside of the 11 am hour.

**From:** Herzog, Steven C <sherzog@paulweiss.com>
**Sent:** Tuesday, April 4, 2023 11:23 AM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Topal, Andrew <atopal@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR v. United States: Written Discovery

John:

Are you available for a call today to discuss the issue of Ms. Martinez's deposition? Let us know what might work for you. Thanks.

Steve

**Steven C. Herzog** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3317 (Direct Phone) | 212 492 0317 (Direct Fax)
sherzog@paulweiss.com | www.paulweiss.com

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Friday, March 31, 2023 10:01 AM
**To:** Topal, Andrew <atopal@paulweiss.com>; Herzog, Steven C <sherzog@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>
**Subject:** RE: RYMR v. United States: Written Discovery

Hi Andrew,

Ms. Martinez has reiterated that she will not/cannot appear for deposition (and has authorized the disclosure of her treating physician's notes in support).

On March 15, I provided a proposed date of April 10 to re-notice Martinez's deposition. Since that time, Ms. Martinez has conveyed that based upon her physician's orders, she does not intend to appear for deposition. I take no position on this issue. I would, however, note that Local Rule 26.1(h) has a notice requirement, and that the discovery period has closed in this case. Based upon these factors, I do not intend to travel to San Diego on Easter Sunday to be present for a deposition on Monday April 10 without a deponent. Please let me know how you would like to proceed.

Regarding the April 12 deposition of Mr. Quibrera and the April 13 deposition of Mr. Abend, the deadlines to timely serve their deposition notices were March 29 and 30, respectively. However, the government will not raise objections on the timeliness of these notices so long as they are served no later than 3:00 pm today, March 31.

Sincerely,
John

---

**From:** Topal, Andrew <atopal@paulweiss.com>
**Sent:** Thursday, March 30, 2023 10:03 AM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Herzog, Steven C <sherzog@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR v. United States: Written Discovery

John,

Thank you for your email. Plaintiffs intend to pursue Ms. Martinez's deposition.

We are willing to make reasonable accommodations given the representations made about Ms. Martinez's health. These accommodations can include taking more frequent breaks and locating the deposition in or near Ms. Martinez's house. (Based on Google Maps, there are a number of potential locations within a ten-minute drive of Ms. Martinez's home, including a Ramada and the Chula Vista Golf Course & Venue.)

As you know Plaintiffs have been pursuing Ms. Martinez's deposition for more than nine months and have delayed the deposition multiple times at Ms. Martinez's and the government's request. We note that despite Ms. Martinez's "chronic" pain that has worsened "over the years," we understand that Ms. Martinez traveled to and from Mexico as recently as last August – October. We also note that the provided doctor's notes relate to "symptoms [that] are out of [his] scope of expertise."

Please let us know which of these accommodations (or other accommodations) would be helpful to Ms. Martinez.  We are happy to discuss on the phone, if easier.

Thanks,
Andrew

**Andrew J Topal** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
202 223 7486 (Direct Phone) | 347 406 0518 (Cell)
atopal@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him/His*

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Wednesday, March 29, 2023 11:35 AM
**To:** Herzog, Steven C <sherzog@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>
**Subject:** RE: RYMR v. United States: Written Discovery

Hi Steve,

Attached is a third note I received from Ms. Martinez's treating physician.  The prior two notes are provided again for your reference.

Ms. Martinez is of the position that she is both physically and mentally unable to complete a deposition, whether it be held in person or remotely.  Please advise whether you intend to pursue her deposition, as I need to finalize my travel arrangements to San Diego by the end of this week.

-John

---

**From:** Leinicke, John (USAFLS)
**Sent:** Tuesday, March 28, 2023 11:25 AM
**To:** Herzog, Steven C <sherzog@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>

**Subject:** RE: RYMR v. United States: Written Discovery

Good morning,

Mr. Quibrera and Mr. Abend have both confirmed their availabilities for the new dates of April 12 and 13, respectively. Please note that Mr. Abend, who is now a private citizen, has altered his schedule multiple times to meet the frequently moving deposition date. He is unable alter his schedule again beyond the April 13 date.

I will advise on the remaining two non-party deponents as soon as I known more.

John

---

**From:** Herzog, Steven C <sherzog@paulweiss.com>
**Sent:** Monday, March 27, 2023 4:53 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR v. United States: Written Discovery

John,

We wanted to follow up to see if you have been able to confirm the deposition dates below. To the extent they are not yet all confirmed, we would appreciate word on those that have been confirmed. Many thanks.

Steve Herog

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Wednesday, March 22, 2023 12:25 PM
**To:** Herzog, Steven C <sherzog@paulweiss.com>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>
**Subject:** RE: RYMR v. United States: Written Discovery

Steve and Ian,

Following up on our call today, Plaintiffs have proposed the following alternate deposition

schedule:

April 10- Gladys Martinez (San Diego) live
April 12- Heriberto Quibrera (San Diego) live
April 13- Richard Abend (San Diego) live
April 18- Greg Archambeault (remote; alternate days for the week of April 17 – 21)
April 26- ICE 30(b)(6) (D.C.) live

I have relayed this information to the appropriate stakeholders, and will advise you as soon as I can.

Thank you for your time this morning,

John

---

**From:** Herzog, Steven C <sherzog@paulweiss.com>
**Sent:** Wednesday, March 22, 2023 6:57 AM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR v. United States: Written Discovery

Thank you, we will call you at 9:30.

**Steven C. Herzog** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3317 (Direct Phone) | 212 492 0317 (Direct Fax)
sherzog@paulweiss.com | www.paulweiss.com

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Date:** Tuesday, Mar 21, 2023 at 9:18 PM
**To:** Herzog, Steven C <sherzog@paulweiss.com>, Hannah Schoen <hschoen@aclu.org>, RYMR <RYMR@aclu.org>, GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>, Alexander A Reinert <areinert@yu.edu>, Ross, Ian M. <iross@sidley.com>, Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>, Robert L. Parks <bob@garaylawfirm.com>, External - L Lehner <llehner@aijustice.org>, External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>, Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>
**Subject:** Re: RYMR v. United States: Written Discovery

Good evening Steve, if you and Ian would like to speak tomorrow morning between

9:30 and 10:30, I can be available. -John

**John S. Leinicke**
Assistant United States Attorney
U.S. Attorney's Office, SDFL
office: (305) 961-9212
mobile: (786) 761-3160

---

**From:** Herzog, Steven C <sherzog@paulweiss.com>
**Sent:** Tuesday, March 21, 2023 5:05:06 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR v. United States: Written Discovery

John:

Do you have availability tomorrow for a call with Ian and myself to discuss the deposition scheduling issues?

Steve

**Steven C. Herzog** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3317 (Direct Phone) | 212 492 0317 (Direct Fax)
sherzog@paulweiss.com | www.paulweiss.com

---

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Tuesday, March 21, 2023 3:01 PM
**To:** Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <Liss.Olivares@usdoj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <Anthony.Pogorzelski@usdoj.gov>
**Subject:** RE: RYMR v. United States: Written Discovery

Hi Hannah,

The dates provided are the ones that work for the government and the witnesses.  If Plaintiffs would consider taking some of the depositions remotely (i.e. via Zoom), it may be possible to coordinate alternate dates.

The government has agreed to accept service for the three non-party witnesses, including Ms. Martinez. Outside of this, it is unclear what further guarantees I could provide. Prior requests to accommodate Ms. Martinez's health issues, such as taking her deposition remotely, were rejected.

John

---

**From:** Hannah Schoen <hschoen@aclu.org>
**Sent:** Tuesday, March 21, 2023 12:18 PM
**To:** Leinicke, John (USAFLS) <JLeinicke@usa.doj.gov>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L Lehner <llehner@aijustice.org>; External - Evelyn Wiese <ewiese@aijustice.org>
**Cc:** Olivares, Liss (USAFLS) <LOlivares@usa.doj.gov>; Erickson-Pogorzelski, Anthony (USAFLS) <APogorzelski@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RYMR v. United States: Written Discovery

Hi John:

Thank you for your response. We will respond to your other points separately, but on the deposition schedule, Plaintiffs maintain that the schedule is too compressed, especially given that the parties would have to travel from San Diego after a deposition to Austin in time for a deposition the next day. Moreover, Plaintiffs are unsure why you would not be able to appear remotely at any of these depositions given that you did so for Mr. Ortiz's and Mr. Menchaca's depositions. We therefore think the below schedule is more appropriate:

4/10: Gladys Martinez (San Diego)
4/12: Richard Abend (San Diego)
4/13: Heriberto Quibrera (San Diego)
4/18: Gregory Archambeault (Austin)
4/26: ICE 30(b)(6)

Finally, Plaintiffs would like to confirm that Ms. Martinez is prepared to proceed with a full day deposition in person.

Thanks,
Hannah

**From:** Leinicke, John (USAFLS) <John.Leinicke@usdoj.gov>
**Sent:** Monday, March 20, 2023 9:59 AM
**To:** Hannah Schoen <hschoen@aclu.org>; RYMR <RYMR@aclu.org>; GRP-ACLU-Damages <GRP-ACLU-Damages@paulweiss.com>; Alexander A Reinert <areinert@yu.edu>; Ross, Ian M. <iross@sidley.com>; Ortega-Rivero, Carmen M. <cortegarivero@sidley.com>; Robert L. Parks <bob@garaylawfirm.com>; External - L

# Exhibit M

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20cv23598 WILLIAMS / TORRES**

ERIC MATUTE CASTRO and R.Y.M.R.,

      Plaintiffs,

vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

**DEFENDANT UNITED STATES' RESPONSES TO**
**PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS**

      Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant United States of America, by and through its undersigned counsel, responds to Plaintiffs' First Request for Admissions dated July 8, 2022 as follows.  As the Requests are directed to multiple agencies, the responses expressly designate what agency the response is from (e.g., CBP is indicated when the response is from Customs and Border Protection; ICE is indicated when the response is from Immigration and Customs Enforcement, and HHS is indicated when the response is from Health and Human Services).

      1.  **Admit that CBP apprehended Plaintiffs together on November 13, 2017 near the Otay Mesa Point of Entry.**

RESPONSE:

CBP: Admit.

**2.   Admit that Defendant has determined Eric Matute Castro to be R.Y.M.R.'s biological father.**

RESPONSE:

CBP: Denied, to the extent that CBP has never made an ultimate determination as to whether Eric Matute Castro is R.Y.M.R.'s biological father.

ICE: Admitted that on November 22, 2017, ICE verified the paperwork establishing the legal parental status between Mr. Matute Castro and R.Y.M.R. with assistance from the Honduran consulate in Los Angeles.  ICE, however, did not conduct DNA testing on either Plaintiff and, therefore, cannot comment on whether Mr. Matute Castro is R.Y.M.R.'s "biological" father.

HHS Response:  HHS has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny whether Mr. Matute Castro is R.Y.M.R.'s biological father, as no additional information was collected by ORR for Mr. Matute Castro once Sintia Vanessa Ramirez was identified and contacted as R.Y.M.R.'s mother and sponsor. R.Y.M.R. was released into Ms. Ramirez's custody on January 29, 2018.

**3.   Admit that at the time of their apprehension, Plaintiffs carried identification documents stating that Eric Matute Castro is R.Y.M.R.'s father.**

RESPONSE:

CBP: Admitted, but only to the extent that at the time CBP apprehended the Plaintiffs, the Plaintiffs presented a Honduran national registration card for Mr. Matute Castro, a photocopy of Mr. Matute Castro's purported Honduran birth certificate, and a photocopy of R.Y.M.R.'s purported Honduran birth certificate.

Dated this August 22, 2022.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *John S. Leinicke*           
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar. 64927
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9212
E-mail: john.leinicke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, I sent via e-mail an electronic version of this document to all attorneys of record in this case.

*John S. Leinicke*           
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY

15

# Exhibit N

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20cv23598 WILLIAMS / TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

       Plaintiffs,

  vs.

UNITED STATES OF AMERICA,

       Defendant.

_____/

### DEFENDANT UNITED STATES' RESPONSES TO
### PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and SDFL Local Rule 26.1(e), Defendant United States of America, by and through its undersigned counsel, hereby responds to Plaintiffs' First Set of Interrogatories (the "Interrogatories") dated March 30, 2021.

Dated this May 12, 2021.

                                  **JUAN ANTONIO GONZALEZ**
                                  **ACTING UNITED STATES**
                                  **ATTORNEY**

By:   */s/ John S. Leinicke*
       JOHN S. LEINICKE
       Assistant United States Attorney
       Fla. Bar No. 64927
       john.leinicke@usdoj.gov
       99 N.E. 4th Street, Third Floor
       Miami, Florida 33132-2211
       Tel.: (305) 961-9212
       Fax: (305) 530-7139

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I sent an electronic version of this document to all parties via email at the service list below.

<div align="right">

*/s/ John S. Leinicke*
JOHN S. LEINICKE
Assistant United States Attorney

</div>

| | |
|---|---|
| Lisa M Berlow-Lehner<br>Americans for Immigrant Justice<br>6355 NW 36th St. Ste 2201<br>Miami, FL 33166<br>Llehner@aijustice.org | John S. Leinicke<br>Assistant United States Attorney<br>99 NE 4 Street, 3rd Floor<br>Miami, FL 33132<br>john.leinicke@usdoj.gov |
| Jennifer Rae Coberly<br>Americans for Immigrant Justice<br>6355 NW36th Street Suite 2201<br>Miami, FL 33166<br>Jcoberly@aijustice.org | Phil MacWilliams<br>Attorney for United States of America<br>Civil Division, Torts Branch<br>Benjamin Franklin Station, P.O. Box 888<br>Washington, DC 20044<br>phil.macwilliams@usdoj.gov |
| Ian M. Ross<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>Two S. Biscayne Boulevard Suite 1600<br>Miami, FL 33131<br>Iross@sfslaw.com | |
| Erica Perdomo<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>Two South Biscayne Boulevard Suite 2550<br>Miami, FL 33131<br>Eperdomo@sfslaw.com | |
| Robert L. Parks<br>Law Offices of Robert L. Parks, P.L.<br>799 Brickell Plaza, Suite 900<br>Miami, FL 33131<br>Bob@rlplegal.com | |

(B) Research indicates that the following individuals had contact with Plaintiffs: SBPA Denis Clark, BPA Daniel Okeefe, BPA Nathan Maccallum, BPA Joseph Rood, BPA Sandra K. Cardenas, BPA Daniel Esqueda, BPA Carlos A. Vargas, BPA Jorge A. Diaz, and BPA Augustin Hernandez.

4. **Identify all agents, officers, or employees of Defendant present during the separation of Mr. Matute Castro and R.Y.M.R.**

RESPONSE:

Defendant understands this interrogatory to be referring to those events as described in ¶¶ 62 – 70 of the Corrected Complaint [Dkt. 24].

(A) At this time, research indicates that ICE employees present during the separation of Plaintiffs are believed to have been: SDDO Maria Carrizosa, SDDO Miguel Vallejo, SDDO Gladys Martinez, and DO Maria Chairez.

(B) Research has not indicated that any U.S. Customs and Border Protection Agents, officers, or employees were present during the separation of Plaintiffs.

5. **Identify the hotel or motel where Defendant held Plaintiffs in custody, intermittently, on or about November 14, 2017 through November 17, 2017.**

RESPONSE:

Quality Suites. The United States objects to providing the exact location of this facility, as this information has the potential to endanger ongoing law enforcement operations and the safety and security of detainees and ICE officers. Additionally, this information is irrelevant and unimportant to the Plaintiffs' claims. Therefore, the United States asserts the law enforcement privilege regarding the specific address and any other location-identifying data.

6. **Identify all officers—including wardens, detention officers, corrections officers, records officers, and release officers—who worked at the Otay Mesa Detention Center from November 1, 2017 through January 30, 2018. For each individual, please identify the individual's job title and the dates and times that they worked during the period identified in this Interrogatory.**

RESPONSE:

(A) Otay Mesa Detention Center is a contractor facility operated by CoreCivic. A list of employees is not in ICE possession, but the Warden of that facility is Christopher LaRose. ICE employees assigned to Otay Mesa Detention Facility are listed below. All employees were present at Otay Mesa throughout Plaintiff's stay. Defendant objects to the "dates and times" portion of this interrogatory as not relevant to the issues raised in Plaintiffs' claims.

# Exhibit O

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20cv23598 WILLIAMS / TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

      Plaintiffs,

  vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

### DEFENDANT UNITED STATES' AMENDED RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and SDFL Local Rule 26.1(e), Defendant United States of America, by and through its undersigned counsel, hereby provides its amended response to Plaintiffs' First Set of Interrogatories dated March 30, 2021.

Dated this February 23, 2023.

<div style="margin-left:40%">

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    *John S. Leinicke*_____
      JOHN S. LEINICKE
      ASSISTANT UNITED STATES ATTORNEY
      Fla. Bar. 64927
      99 N.E. 4th Street, 3rd Floor
      Miami, Florida 33132
      Tel: (305) 961-9212
      E-mail: john.leinicke@usdoj.gov

</div>

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, I sent via e-mail an electronic version of this document to attorneys of record in this case.

<div style="margin-left:40%">

 *John S. Leinicke*_____
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY

</div>

1

**UNITED STATES' AMENDED RESPONSE TO**
**PLAINTIFFS' FIRST INTERROGATORIES**

4. **Identify all agents, officers, or employees of Defendant present during the separation of Mr. Matute Castro and R.Y.M.R.**

AMENDED RESPONSE:

Defendant understands this interrogatory to be referring to those events as alleged in ¶¶ 62 – 70 of the Corrected Complaint [Dkt. 24].   At this time, research indicates that retired ICE ERO supervisory detention and deportation officers ("SDDO") Maria Carrizosa and Miguel Vallejo were present during the separation of Plaintiffs.

.

# Exhibit Q

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

**AFFIDAVIT OF NON SERVICE**

Client's File No.: 91075-001 A.

Index Number:  1:20-CV-23598-KMW-EGT

Date Filed: _____

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

: _____

*ERIC MATUTE CASTRO, on behalf of his son, RYMR,*

*Plaintiff*

*vs*

*UNITED STATES OF AMERICA,*

*Defendant*

STATE OF  CALIFORNIA  COUNTY OF  SAN DIEGO  SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of    California

That on the following date:    February 24, 2023____ , at the following time:    6:43 PM____ ,

at _____ 4025 BARDAQUERA PLACE, BONITA, CA 91902 _____ deponent attempted service of

Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13) and Cover Letter dated February 24, 2023

☐ Papers so served were properly endorsed with the Index Number.

**Upon: GLADYS MARTINEZ**

| | |
|---|---|
| ☐ **Individual** | By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein. |
| ☐ **Responsible Person** | By delivering to and leaving with _____ _____ a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's **Relationship** [  ] dwelling place   [  ] place of business/employment   [  ] last known address within the State. [  ] usual place of abode |
| ☐ **Mail** | A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____ , |
| ☐ **Corporation LLC / LLP** | By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. |
| ☐ **Affixing To Door** | By affixing a true copy thereof to the door, being the defendant/respondent's   [  ] dwelling place   [  ] place of business/employment [  ] last known address within the State. [  ] usual place of abode |
| X **Previous Attempts** | Deponent previously attempted to serve the above named defendant/respondent on: |

| Description of Recipient | Sex: _____ | Color of skin: _____ | Color of hair: _____ | Age: _____ | Height: _____ |
|---|---|---|---|---|---|
| | Weight: _____ | | Other Features: _____ | | |

☒ **WITNESS FEES** — Subpoena Fee Tendered in the amount of $40.00

☐ **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☒ **Other** — On 2/24/23 at 6:43 PM I attempted to serve Gladys Martinez at the address provided. At the time of my attempt I spoke to Gladys through the security door which she would not open. She told me that she talked a US Attorney in Washington DC today and that they should be served alllegal documents for her. She informed me that she talked to Werin Cho phone number 202-993-4306.

Sworn to before me on _____

_____
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Timothy W. Barrett
PROCESS SERVER LICENSE # 1436

_____
NOTARY PUBLIC

**Work Order #**    1469580

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Diego

Subscribed and sworn to (or affirmed) before me on this 10th day of March,

20 23 by Timothy W. Barrett,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature                    (Seal)

OMAR R. KANAN
COMM. # 2436183
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. FEB 23, 2027

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit Of Non Service

(Title or description of attached document)

(Title or description of attached document continued)

Number of Pages _____ Document Date_____

Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.