UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20cv23598 WILLIAMS / TORRES

**ERIC MATUTE CASTRO and R.Y.M.R.,**

    **Plaintiffs,**

vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

**JOINT MOTION FOR FORTY-FIVE DAY STAY OF PRETRIAL DEADLINES**

Based on the parties' Notice of Settlement, pursuant to Rules 6(b)(1) and 7(b) of the Federal Rules of Civil Procedure, the parties respectfully request that the Court extend all scheduling deadlines in the above-captioned matter by forty-five days while the parties finalize their settlement agreement, and in support thereof, state as follows:

1. On July 5, 2023, the parties participated in an additional mediation of this matter.

2. Following the mediation and additional negotiations, the parties have reached a settlement in principle, as noted in the parties' separately filed Notice of Settlement.

3. The parties anticipate that it will take several weeks to finalize the settlement agreement paperwork and file a dismissal of the case.

4. Accordingly, and in light of the upcoming pretrial deadlines in this matter, the parties respectfully request a forty-five day stay of all pretrial deadlines while they finalize the settlement in this matter.

1

WHEREFORE, the Parties respectfully request that the Court extend all scheduling deadlines in the above-captioned matter by forty-five days while the parties finalize their settlement agreement.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(3)

The parties hereby certify that counsel for Plaintiffs and the United States have conferred regarding this motion. The parties agreed to the relief requested herein and consent to the submission of this motion.

Dated: July 13, 2023

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:  *John S. Leinicke*
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 64927
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Third Floor
Miami, FL 33132
Tel: (305) 961-9212
E-mail: John.Leinicke@usdoj.gov

*Counsel for Defendant United States*

 */s/Ian M. Ross*
Ian M. Ross (Fla. Bar No. 091214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel.:  (305) 391-5100
Fax:  (305) 391-5101
*iross@sidley.com*

Lee Gelernt*
Daniel A. Galindo*

2

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel.: (212) 549-2660
Fax: (212) 549-2654
*lgelernt@aclu.org*
*dgalindo@aclu.org*

Stephen B. Kang*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 343-1198
Fax: (415) 395-0950
*skang@aclu.org*

Katherine Holloway Blankenship (Fla. Bar No. 1031234)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street Suite 400
Coral Gables, Florida 33134
Tel.: (615) 796-9027
kblankenship@aclufl.org


Robert Parks (Fla. Bar No. 61436)
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
Tel: (305) 445-4430
Fax: (305) 445-4431
*bob@garaylawfirm.com*

Alexander A. Reinert*
55 Fifth Avenue, Room 1005
New York, NY 10003
Tel: (646) 592-6543
*areinert@yu.edu*

Geoffrey R. Chepiga*
Hallie S. Goldblatt*
Jacqueline P. Rubin*
Steven C. Herzog*
Jing Yan*
Paul, Weiss, Rifkind, Wharton & Garrison LLP

1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000
*gchepiga@paulweiss.com*
*hgoldblatt@paulweiss.com*
*jrubin@paulweiss.com*
*sherzog@paulweiss.com*
*jyan@paulweiss.com*

Andrew J. Topal*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7300
*Atopal@paulweiss.com*

\**Admitted Pro Hac Vice*

 *Counsel for Plaintiffs*

4