UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20cv23598 WILLIAMS / TORRES

ERIC MATUTE CASTRO and R.Y.M.R.,

                Plaintiffs,

v.

UNITED STATES OF AMERICA,

                Defendant.
_____/

### UNITED STATES OF AMERICA'S NOTICE OF NON-OBJECTION TO PLAINTIFFS' MOTION FOR APPROVAL OF SETTLEMENT [ECF 133]

Defendant, the United States of America, by and through its undersigned counsel, notifies the Court that, pursuant to S.D. Fla. Local Rule 7.1(a)(3), prior to the filing of Plaintiffs' Motion for Approval of Settlement [ECF 133], counsel for all parties conferred in a good faith effort to resolve the issues raised in the motion. The United States does not oppose the relief sought in Plaintiffs' motion.

Dated: August 29, 2023

                Respectfully submitted,

                **MARKENZY LAPOINTE**
                **UNITED STATES ATTORNEY**

By:   *John S. Leinicke*
        JOHN S. LEINICKE
        ASSISTANT UNITED STATES ATTORNEY
        Fla. Bar. 64927
        99 N.E. 4th Street, Third Floor
        Miami, Florida 33132
        Tel: (305) 961-9212
        E-mail: John.Leinicke@usdoj.gov