UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-23598-CV-WILLIAMS

R.Y.M.R. and ERIC MATUTE CASTRO,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

# ORDER

**THIS MATTER** is before the Court on the Motion for Approval of Settlement (DE 133) ("*Motion*") filed by Plaintiffs Eric Matute Castro, on his own behalf and on behalf of his minor son R.Y.M.R. (together, "*Plaintiffs*"). In the Motion, Plaintiffs request that the Court approve the Parties' Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 (DE 133-1) ("*Stipulation*"). (DE 133.) Defendant the United States of America ("*Defendant*") filed a Notice of Non-Objection to Plaintiffs' Motion for Approval of Settlement. (DE 134.)

Upon review of the Motion, the Stipulation, the record, and applicable law, the Court finds that the Stipulation is in the best interest of Plaintiff R.Y.M.R. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion (DE 133) is **GRANTED**.
2. The Parties' Stipulation (DE 133-1) is **APPROVED**.

3. Sintia Vanessa Ramirez is **APPOINTED** as guardian for the property and shall hold R.Y.M.R.'s portion of the settlement in a guardianship account until R.Y.M.R. is eighteen (18) years of age. *See* Fla. Stat. § 744.387(3)(b).

4. Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**, and each party shall bear its own attorneys' fees and costs.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE